005547090



**PEKIN INSURANCE**

**Underwritten By: PEKIN INSURANCE COMPANY**

2505 COURT STREET, PEKIN, IL 61558-0001

**HOMEOWNERS POLICY AMENDING DECLARATION**

**V.I.P. POLICY**

# EXHIBIT A

PAGE 1 OF 2

| INSURED | AGENT |
|---|---|
| FISHER, DOUGLAS T<br>2280 US ROUTE 68 S<br>XENIA, OH 45385-7634<br><br>PHONE: 937-609-7809 | BAUGHN INSURANCE GROUP, INC.<br>56 MARCO LN<br>CENTERVILLE, OH 45458<br><br>AGENCY PHONE: 937-433-9700<br>AGENCY NUMBER: 08065-000 |

| POLICY INFORMATION | | |
|---|---|---|
| POLICY NUMBER: 005547090 | POLICY PERIOD: 09/22/2020 TO 09/22/2021 | TERM: Annual |
| POLICY PREMIUM: $ 1,619.00 | 12:01 A.M. STANDARD TIME | ACCOUNT NO: 005545189 |
| ADJUSTED PREMIUM: | EFFECTIVE DATE OF CHANGE: 12/15/2020 | |

| PROPERTY INFORMATION |
|---|
| 2280 US ROUTE 68 S<br>XENIA, GREENE COUNTY, OH 45385-7634 |

| COVERAGE IS PROVIDED ONLY WHERE A PREMIUM OR A LIMIT OF LIABILITY IS SHOWN | | | | | | | |
|---|---|---|---|---|---|---|---|
| **SECTION I - PROPERTY COVERAGES** | | | | **SECTION II - LIABILITY COVERAGES** | | **BASIC PREMIUM** | **ADJUSTED PREMIUM** |
| **DWELLING** (Coverage A) | **OTHER STRUCTURES** (Coverage B) | **PERSONAL PROPERTY** (Coverage C) | **LOSS OF USE** (Coverage D) | **PERSONAL LIABILITY** (Each Occurrence) (Coverage E) | **MED. PAYMENTS TO OTHERS** (Each person) (Coverage F) | | |
| $959,500 | $95,950 | $671,650 | $287,850 | $300,000 | $5,000 | $ 1,404.00 | |

| POLICY FORMS AND ENDORSEMENTS | | | | |
|---|---|---|---|---|
| **FORM OR ENDORSEMENT NUMBER** | | **NAME** | **END. PREMIUM** | **ADJUSTED PREMIUM** |
| 3050 | 09-11 | V.I.P. Homeowner Cover Page Pekin Insurance Company | | |
| HO 04 58 | 10-00 | Other Members of Your Household | $ 85.00 | |
| HO 00 05 | 10-00 | Homeowners 5 - Comprehensive Form | | |
| HO 01 34 | 03-01 | Special Provisions - Ohio | | |
| HO-729 OH | 10-17 | Pekin Insurance Company Policy Amendment | | |
| HO-504 | 02-12 | Limited Fungi, Wet or Dry Rot, or Bacteria Coverage | | |
| 3103 | 06-15 | V.I.P. Home Guard Deluxe | $ 76.00 | |
| HO-536 | 09-07 | Water Back-Up of Sewers or Drains<br>Limit of Liability: $10000 | $ 18.00 | |
| HO 04 16 | 10-00 | Premises Alarm or Fire Protection System | | |
| HO 24 96 | 10-00 | Exclusion of Farm Employees Illegally Employed | | |
| HO 04 96 | 10-00 | Home Day Care Clarification | | |

This is to certify that this is a true copy of the policy as of 6-18-21.

DAC 06/21/2022

01/25/2021

| FORM OR ENDORSEMENT NUMBER | | NAME | END. PREMIUM | ADJUSTED PREMIUM |
|---|---|---|---|---|
| IM 613 | 08-10 | Scheduled Personal Property Agreed Value Loss Settlement | $ 36.00 | |
| HM0001OH | 11-18 | Homeowner Application | | |

| RATING INFORMATION | | | | | | | DEDUCTIBLE |
|---|---|---|---|---|---|---|---|
| YEAR OF CONSTRUCTION | TYPE OF CONSTRUCTION | ROOF YEAR | ROOF TYPE | NUMBER OF FAMILIES | PROTECTION CLASS | FINISHED BASEMENT | $5,000 (Wind/Hail $5,000) |
| 2014 | Frame | 2014 | Composition Shingles | 1 Family Residence | 4Y | Yes | |

| DISCOUNTS | | | | | | |
|---|---|---|---|---|---|---|
| Auto Home | Burglar Alarm - Local Alarm, Fire Alarm - Local Reporting, | | | | | |

| CLAIM SURCHARGES |
|---|
| |

| DESCRIPTION OF CHANGE(S) |
|---|
| Add, Remove, or Change Additional Interests |

| ADDITIONAL INTEREST INFORMATION | | | |
|---|---|---|---|
| NAME & ADDRESS | LOAN NUMBER | INTEREST TYPE | ESCROW |
| NATIONSTAR MTG LLC ISAOA PO BOX 7729, SPRINGFIELD, OH 45501-7729 | 0677296881 | Mortgagee | Yes |
| First Financial Bank ISAOA PO BOX 181650, FAIRFIELD, OH 45018-1650 | 1300216324 | Second Mortgagee | |

| ADDITIONAL POLICY INFORMATION |
|---|
| Your home does not have a woodburning stove or free standing fireplace. If this is incorrect, please call your agent. Failure to notify Pekin Insurance of a woodburning stove or free standing fireplace will prevent any recovery in the event of a fire that results from a woodburning stove or free standing fireplace. This policy does not provide coverage for flood. If you are in a flood zone and need coverage please contact your agent. Discounted companion policies: 005545205(Personal Auto) |



# PEKIN INSURANCE COMPANY

**2505 COURT STREET, PEKIN, IL 61558-0001**

# YOUR
# V.I.P. HOMEOWNERS
# POLICY

PREPARED EXCLUSIVELY FOR

DOUGLAS T FISHER
2280 US ROUTE 68 S
XENIA, OH 45385-7634

PRESENTED TO YOU BY THIS OFFICE AND
BAUGHN INSURANCE GROUP, INC.

PEKIN INSURANCE
YOUR SYMBOL OF SERVICE SINCE 1921

3050 (09-11)

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# OTHER MEMBERS OF YOUR HOUSEHOLD

**SCHEDULE\***

| Name Of Person Covered By This Endorsement |
| --- |
| DIANNE ALEXANDER |

*Entries may be left blank if shown elsewhere in this policy for this coverage.

**A. Agreement**

1. We insure the person named in the Schedule above who lives with you and is a member of your household and who is not an "insured", guest, "residence employee", tenant, roomer or boarder. We also insure a person under the age of 21 who lives with and is in the legal custody of the person named in the Schedule. Such persons are insured for the coverages described in **B**. Section **I** - Property Coverage below and Section **II** - Liability described in the policy form.

2. It is agreed that this endorsement is issued in reliance on information you provided concerning the residency of the person described in the Schedule.

3. You agree to notify us in writing within 30 days of a change in the:

   a. Residency; or

   b. Status, as a household member;

   of the person described in the Schedule.

4. You will be solely responsible for the payment of any premium pertaining to this endorsement.

5. It is further agreed that you are the representative of the person described in the Schedule, and will act in all matters pertaining to the provisions of this endorsement.

**B. Section I - Property Coverage**

Under Coverage **C,** the first paragraph is deleted and replaced by the following:

We cover personal property owned or used by an "insured" or a person described in **A.1.** above while it is anywhere in the world. After a loss and at your request, we will cover personal property owned by:

1. Others, not including a person described in **A.1.** above, while the property is on the part of the "residence premises" occupied by an "insured"; or

2. A guest or a "residence employee", while the property is in any residence occupied by an "insured".

This coverage does not increase the Coverage **C** limit of liability.

**C. General Condition**

All other provisions under Section **I** and Section **II** of this policy that apply to you also apply to the persons described in **A.1.** above, except Coverages **A** and **B** and Fair Rental Value under Coverage **D**.

 Copyright, Insurance Services Office, Inc., 1999

# HOMEOWNERS 5 - COMPREHENSIVE FORM

**AGREEMENT**

We will provide the insurance described in this policy in return for the premium and compliance with all applicable provisions of this policy.

**DEFINITIONS**

**A.** In this policy, "you" and "your" refer to the "named insured" shown in the Declarations and the spouse if a resident of the same household. "We", "us" and "our" refer to the Company providing this insurance.

**B.** In addition, certain words and phrases are defined as follows:

**1.** "Aircraft Liability", "Hovercraft Liability", "Motor Vehicle Liability" and "Watercraft Liability", subject to the provisions in **b.** below, mean the following:

**a.** Liability for "bodily injury" or "property damage" arising out of the:

**(1)** Ownership of such vehicle or craft by an "insured";

**(2)** Maintenance, occupancy, operation, use, loading or unloading of such vehicle or craft by any person;

**(3)** Entrustment of such vehicle or craft by an "insured" to any person;

**(4)** Failure to supervise or negligent supervision of any person involving such vehicle or craft by an "insured"; or

**(5)** Vicarious liability, whether or not imposed by law, for the actions of a child or minor involving such vehicle or craft.

**b.** For the purpose of this definition:

**(1)** Aircraft means any contrivance used or designed for flight except model or hobby aircraft not used or designed to carry people or cargo;

**(2)** Hovercraft means a self-propelled motorized ground effect vehicle andincludes, but is not limited to, flarecraft and air cushion vehicles;

**(3)** Watercraft means a craft principally designed to be propelled on or in water by wind, engine power or electric motor; and

**(4)** Motor vehicle means a "motor vehicle" as defined in **7.** below.

**2.** "Bodily injury" means bodily harm, sickness or disease, including required care, loss of services and death that results.

**3.** "Business" means:

**a.** A trade, profession or occupation engaged in on a full-time, part-time or occasional basis; or

**b.** Any other activity engaged in for money or other compensation, except the following:

**(1)** One or more activities, not described in **(2)** through **(4)** below, for which no "insured" receives more than $2,000 in total compensation for the 12 months before the beginning of the policy period;

**(2)** Volunteer activities for which no money is received other than payment for expenses incurred to perform the activity;

**(3)** Providing home day care services for which no compensation is received, other than the mutual exchange of such services; or

**(4)** The rendering of home day care services to a relative of an "insured"

**4.** "Employee" means an employee of an "insured", or an employee leased to an "insured" by a labor leasing firm under an agreement between an "insured" and the labor leasing firm, whose duties are other than those performed by a "residence employee".

**5.** "Insured" means:

**a.** You and residents of your household who are:

**(1)** Your relatives; or

**(2)** Other persons under the age of 21 and in the care of any person named above;

**b.** A student enrolled in school full time, as defined by the school, who was a resident of your household before moving out to attend school, provided the student is under the age of:

**(1)** 24 and your relative; or

**(2)** 21 and in your care or the care of a person described in **a.(1)** above; or

**c.** Under Section **II:**

**(1)** With respect to animals or watercraft to which this policy applies, any person or organization legally responsible for these animals or watercraft which are owned by you or any person included in **a.** or **b.** above. "Insured" does not mean a person or organization using or having custody of these animals or watercraft in the course of any "business" or without consent of the owner; or

**(2)** With respect to a "motor vehicle" to which this policy applies:

**(a)** Persons while engaged in your employ or that of any person included in **a.** or **b.** above; or

**(b)** Other persons using the vehicle on an "insured location" with your consent.

Under both Sections **I** and **II**, when the word an immediately precedes the word "insured", the words an "insured" together mean one or more "insureds".

**6.** "Insured location" means:

**a.** The "residence premises";

**b.** The part of other premises, other structures and grounds used by you as a residence; and

**(1)** Which is shown in the Declarations; or

**(2)** Which is acquired by you during the policy period for your use as a residence;

**c.** Any premises used by you in connection with a premises described in **a.** and **b.** above;

**d.** Any part of a premises:

**(1)** Not owned by an "insured"; and

**(2)** Where an "insured" is temporarily residing;

**e.** Vacant land, other than farm land, owned by or rented to an "insured";

**f.** Land owned by or rented to an "insured" on which a one, two, three or four family dwelling is being built as a residence for an "insured";

**g.** Individual or family cemetery plots or burial vaults of an "insured"; or

**h.** Any part of a premises occasionally rented to an "insured" for other than "business" use.

**7.** "Motor vehicle" means:

**a.** A self-propelled land or amphibious vehicle; or

**b.** Any trailer or semitrailer which is being carried on, towed by or hitched for towing by a vehicle described in **a.** above.

**8.** "Occurrence" means an accident, including continuous or repeated exposure to substantially the same general harmful conditions, which results, during the policy period, in:

**a.** "Bodily injury"; or

**b.** "Property damage".

**9.** "Property damage" means physical injury to, destruction of, or loss of use of tangible property.

**10.** "Residence employee" means:

**a.** An employee of an "insured", or an employee leased to an "insured" by a labor leasing firm, under an agreement between an "insured" and the labor leasing firm, whose duties are related to the maintenance or use of the "residence premises", including household or domestic services; or

**b.** One who performs similar duties elsewhere not related to the "business" of an "insured".

A "residence employee" does not include a temporary employee who is furnished to an "insured" to substitute for a permanent "residence employee" on leave or to meet seasonal or short-term workload conditions.

**11.** "Residence premises" means:

**a.** The one family dwelling where you reside;

**b.** The two, three or four family dwelling where you reside in at least one of the family units; or

**c.** That part of any other building where you reside;

and which is shown as the "residence premises" in the Declarations.

"Residence premises" also includes other structures and grounds at that location.

Copyright, Insurance Services Office, Inc., 1999

**DEDUCTIBLE**

Unless otherwise noted in this policy, the following deductible provision applies:

Subject to the policy limits that apply, we will pay only that part of the total of all loss payable under Section **I** that exceeds the deductible amount shown in the Declarations.

## SECTION I - PROPERTY COVERAGES

### A.  Coverage A - Dwelling

**1.**  We cover:

  **a.**  The dwelling on the "residence premises" shown in the Declarations, including structures attached to the dwelling; and

  **b.**  Materials and supplies located on or next to the "residence premises" used to construct, alter or repair the dwelling or other structures on the "residence premises".

**2.**  We do not cover land, including land on which the dwelling is located.

### B.  Coverage B - Other Structures

**1.**  We cover other structures on the "residence premises" set apart from the dwelling by clear space. This includes structures connected to the dwelling by only a fence, utility line, or similar connection.

**2.**  We do not cover:

  **a.**  Land, including land on which the other structures are located;

  **b.**  Other structures rented or held for rental to any person not a tenant of the dwelling, unless used solely as a private garage;

  **c.**  Other structures from which any "business" is conducted; or

  **d.**  Other structures used to store "business" property. However, we do cover a structure that contains "business" property solely owned by an "insured" or a tenant of the dwelling provided that "business" property does not include gaseous or liquid fuel, other than fuel in a permanently installed fuel tank of a vehicle or craft parked or stored in the structure.

**3.**  The limit of liability for this coverage will not be more than 10% of the limit of liability that applies to Coverage **A.** Use of this coverage does not reduce the Coverage **A** limit of liability.

### C.  Coverage C - Personal Property

**1.**  **Covered Property**

  We cover personal property owned or used by an "insured" while it is anywhere in the world. After a loss and at your request, we will cover personal property owned by:

  **a.**  Others while the property is on the part of the "residence premises" occupied by an "insured"; or

  **b.**  A guest or a "residence employee", while the property is in any residence occupied by an "insured".

**2.**  **Limit For Property At Other Residences**

  Our limit of liability for personal property usually located at an "insured's" residence, other than the "residence premises", is 10% of the limit of liability for Coverage **C,** or $1,000, whichever is greater. However, this limitation does not apply to personal property:

  **a.**  Moved from the "residence premises" because it is being repaired, renovated or rebuilt and is not fit to live in or store property in; or

  **b.**  In a newly acquired principal residence for 30 days from the time you begin to move the property there.

**3.**  **Special Limits Of Liability**

  The special limit for each category shown below is the total limit for each loss for all property in that category. These special limits do not increase the Coverage **C** limit of liability.

  **a.**  $200 on money, bank notes, bullion, gold other than goldware, silver other than silverware, platinum other than platinumware, coins, medals, scrip, stored value cards and smart cards.

  **b.**  $1,500 on securities, accounts, deeds, evidences of debt, letters of credit, notes other than bank notes, manuscripts, personal records, passports, tickets and stamps. This dollar limit applies to these categories regardless of the medium (such as paper or computer software) on which the material exists.

  This limit includes the cost to research, replace or restore the information from the lost or damaged material.

  **c.**  $1,500 on watercraft of all types, including their trailers, furnishings, equipment and outboard engines or motors.

   **d.** $1,500 on trailers or semitrailers not used with watercraft of all types.

   **e.** $1,500 for loss by theft, misplacing or losing of jewelry, watches, furs, precious and semiprecious stones.

   **f.** $2,500 for loss by theft, misplacing or losing of firearms and related equipment.

   **g.** $2,500 for loss by theft, misplacing or losing of silverware, silver-plated ware, goldware, gold-plated ware, platinumware, platinum-plated ware and pewterware. This includes flatware, hollowware, tea sets, trays and trophies made of or including silver, gold or pewter.

   **h.** $2,500 on property, on the "residence premises", used primarily for "business" purposes.

   **i.** $500 on property, away from the "residence premises", used primarily for "business" purposes. However, this limit does not apply to loss to electronic apparatus and other property described in Categories **j.** and **k.** below.

   **j.** $1,500 on electronic apparatus and accessories, while in or upon a "motor vehicle", but only if the apparatus is equipped to be operated by power from the "motor vehicle's" electrical system while still capable of being operated by other power sources. Accessories include antennas, tapes, wires, records, discs or other media that can be used with any apparatus described in this Category **j.**

   **k.** $1,500 on electronic apparatus and accessories used primarily for "business" while away from the "residence premises" and not in or upon a "motor vehicle". The apparatus must be equipped to be operated by power from the "motor vehicle's" electrical system while still capable of being operated by other power sources. Accessories include antennas, tapes, wires, records, discs or other media that can be used with any apparatus described in this Category **k.**

**4. Property Not Covered**
   We do not cover:

   **a.** Articles separately described and specifically insured, regardless of the limit for which they are insured, in this or other insurance;

   **b.** Animals, birds or fish;

   **c.** "Motor vehicles".

     **(1)** This includes:

       **(a)** Their accessories, equipment and parts; or

       **(b)** Electronic apparatus and accessories designed to be operated solely by power from the electrical system of the "motor vehicle". Accessories include antennas, tapes, wires, records, discs or other media that can be used with any apparatus described above.

     The exclusion of property described in **(a)** and **(b)** above applies only while such property is in or upon the "motor vehicle".

     **(2)** We do cover "motor vehicles" not required to be registered for use on public roads or property which are:

       **(a)** Used solely to service an "insured's" residence; or

       **(b)** Designed to assist the handicapped;

   **d.** Aircraft meaning any contrivance used or designed for flight including any parts whether or not attached to the aircraft. We do cover model or hobby aircraft not used or designed to carry people or cargo;

   **e.** Hovercraft and parts. Hovercraft means a self-propelled motorized ground effect vehicle and includes, but is not limited to, flarecraft and air cushion vehicles;

   **f.** Property of roomers, boarders and other tenants, except property of roomers and boarders related to an "insured";

   **g.** Property in an apartment regularly rented or held for rental to others by an "insured", except as provided under **E.10.** Landlord's Furnishings under Section I - Property Coverages;

   **h.** Property rented or held for rental to others off the "residence premises";

   **i.** "Business" data, including such data stored in:

     **(1)** Books of account, drawings or other paper records; or

     **(2)** Computers and related equipment.

     We do cover the cost of blank recording or storage media, and of prerecorded computer programs available on the retail market;

**j.** Credit cards, electronic fund transfer cards or access devices used solely for deposit, withdrawal or transfer of funds except as provided in **E.6.** Credit Card, Electronic Fund Transfer Card Or Access Device, Forgery And Counterfeit Money under Section **I** - Property Coverages; or

**k.** Water or steam.

## D. Coverage D - Loss Of Use

The limit of liability for Coverage **D** is the total limit for the coverages in **1.** Additional Living Expense, **2.** Fair Rental Value and **3.** Civil Authority Prohibits Use below.

### 1. Additional Living Expense

If a loss covered under Section **I** makes that part of the "residence premises" where you reside not fit to live in, we cover any necessary increase in living expenses incurred by you so that your household can maintain its normal standard of living. Payment will be for the shortest time required to repair or replace the damage or, if you permanently relocate, the shortest time required for your household to settle elsewhere.

### 2. Fair Rental Value

If a loss covered under Section **I** makes that part of the "residence premises" rented to others or held for rental by you not fit to live in, we cover the fair rental value of such premises less any expenses that do not continue while it is not fit to live in. Payment will be for the shortest time required to repair or replace such premises.

### 3. Civil Authority Prohibits Use

If a civil authority prohibits you from use of the "residence premises" as a result of direct damage to neighboring premises by a Peril Insured Against, we cover the loss as provided in **1.** Additional Living Expense and **2.** Fair Rental Value above for no more than two weeks.

### 4. Loss Or Expense Not Covered

We do not cover loss or expense due to cancellation of a lease or agreement.

The periods of time under **1.** Additional Living Expense, **2.** Fair Rental Value and **3.** Civil Authority Prohibits Use above are not limited by expiration of this policy.

## E. Additional Coverages

### 1. Debris Removal

**a.** We will pay your reasonable expense for the removal of:

**(1)** Debris of covered property if a Peril Insured Against that applies to the damaged property causes the loss; or

**(2)** Ash, dust or particles from a volcanic eruption that has caused direct loss to a building or property contained in a building.

This expense is included in the limit of liability that applies to the damaged property. If the amount to be paid for the actual damage to the property plus the debris removal expense is more than the limit of liability for the damaged property, an additional 5% of that limit is available for such expense.

**b.** We will also pay your reasonable expense, up to $1,000, for the removal from the "residence premises" of:

**(1)** Your tree(s) felled by the peril of Windstorm or Hail or Weight of Ice, Snow or Sleet; or

**(2)** A neighbor's tree(s) felled by a Peril Insured Against; provided the tree(s):

**(3)** Damage(s) a covered structure; or

**(4)** Does not damage a covered structure, but:

**(a)** Block(s) a driveway on the "residence premises" which prevent(s) a "motor vehicle", that is registered for use on public roads or property, from entering or leaving the "residence premises"; or

**(b)** Block(s) a ramp or other fixture designed to assist a handicapped person to enter or leave the dwelling building.

The $1,000 limit is the most we will pay in any one loss regardless of the number of fallen trees. No more than $500 of this limit will be paid for the removal of any one tree.

This coverage is additional insurance.

Copyright, Insurance Services Office, Inc., 1999

**2. Reasonable Repairs**

   **a.** We will pay the reasonable cost incurred by you for the necessary measures taken solely to protect covered property that is damaged by a Peril Insured Against from further damage.

   **b.** If the measures taken involve repair to other damaged property, we will only pay if that property is covered under this policy and the damage is caused by a Peril Insured Against. This coverage does not:

     **(1)** Increase the limit of liability that applies to the covered property; or

     **(2)** Relieve you of your duties, in case of a loss to covered property, described in **B.4.** under Section **I** - Conditions.

**3. Trees, Shrubs And Other Plants**

We cover trees, shrubs, plants or lawns, on the "residence premises", for loss caused by the following Perils Insured Against:

   **a.** Fire or Lightning;

   **b.** Explosion;

   **c.** Riot or Civil Commotion;

   **d.** Aircraft;

   **e.** Vehicles not owned or operated by a resident of the "residence premises";

   **f.** Vandalism or Malicious Mischief; or

   **g.** Theft.

We will pay up to 5% of the limit of liability that applies to the dwelling for all trees, shrubs, plants or lawns. No more than $500 of this limit will be paid for any one tree, shrub or plant. We do not cover property grown for "business" purposes.

This coverage is additional insurance.

**4. Fire Department Service Charge**

We will pay up to $500 for your liability assumed by contract or agreement for fire department charges incurred when the fire department is called to save or protect covered property from a Peril Insured Against. We do not cover fire department service charges if the property is located within the limits of the city, municipality or protection district furnishing the fire department response.

This coverage is additional insurance. No deductible applies to this coverage.

**5. Property Removed**

We insure covered property against direct loss from any cause while being removed from a premises endangered by a Peril Insured Against and for no more than 30 days while removed.

This coverage does not change the limit of liability that applies to the property being removed.

**6. Credit Card, Electronic Fund Transfer Card Or Access Device, Forgery And Counterfeit Money**

   **a.** We will pay up to $500 for:

     **(1)** The legal obligation of an "insured" to pay because of the theft or unauthorized use of credit cards issued to or registered in an "insured's" name;

     **(2)** Loss resulting from theft or unauthorized use of an electronic fund transfer card or access device used for deposit, withdrawal or transfer of funds, issued to or registered in an "insured's" name;

     **(3)** Loss to an "insured" caused by forgery or alteration of any check or negotiable instrument; and

     **(4)** Loss to an "insured" through acceptance in good faith of counterfeit United States or Canadian paper currency.

All loss resulting from a series of acts committed by any one person or in which any one person is concerned or implicated is considered to be one loss.

This coverage is additional insurance. No deductible applies to this coverage.

   **b.** We do not cover:

     **(1)** Use of a credit card, electronic fund transfer card or access device:

       **(a)** By a resident of your household;

       **(b)** By a person who has been entrusted with either type of card or access device; or

       **(c)** If an "insured" has not complied with all terms and conditions under which the cards are issued or the devices accessed; or

     **(2)** Loss arising out of "business" use or dishonesty of an "insured".

   **c.** If the coverage in **a.** above applies, the following defense provisions also apply:

     **(1)** We may investigate and settle any claim or suit that we decide is appropriate. Our duty to defend a claim or suit ends when the amount we pay for the loss equals our limit of liability.

**(2)** If a suit is brought against an "insured" for liability under **a.(1)** or **(2)** above, we will provide a defense at our expense by counsel of our choice.

**(3)** We have the option to defend at our expense an "insured" or an "insured's" bank against any suit for the enforcement of payment under **a.(3)** above.

**7. Loss Assessment**

**a.** We will pay up to $1,000 for your share of loss assessment charged during the policy period against you, as owner or tenant of the "residence premises", by a corporation or association of property owners. The assessment must be made as a result of direct loss to property, owned by all members collectively, of the type that would be covered by this policy if owned by you, caused by a Peril Insured Against, other than:

**(1)** Earthquake; or

**(2)** Land shock waves or tremors before, during or after a volcanic eruption.

The limit of $1,000 is the most we will pay with respect to any one loss, regardless of the number of assessments. We will only apply one deductible, per unit, to the total amount of any one loss to the property described above, regardless of the number of assessments.

**b.** We do not cover assessments charged against you or a corporation or association of property owners by any governmental body.

**c.** Paragraph **P.** Policy Period under Section **I** - Conditions does not apply to this coverage.

This coverage is additional insurance.

**8. Collapse**

**a.** This Additional Coverage applies to property covered under Coverages **A** and **B**. With respect to this Additional Coverage:

**(1)** Collapse means an abrupt falling down or caving in of a building or any part of a building with the result that the building or part of the building cannot be occupied for its current intended purpose.

**(2)** A building or any part of a building that is in danger of falling down or caving in is not considered to be in a state of collapse.

**(3)** A part of a building that is standing is not considered to be in a state of collapse even if it has separated from another part of the building.

**(4)** A building or any part of a building that is standing is not considered to be in a state of collapse even if it shows evidence of cracking, bulging, sagging, bending, leaning, settling, shrinkage or expansion.

**b.** We insure for direct physical loss to covered property involving collapse of a building or any part of a building if the collapse was caused by one or more of the following:

**(1)** The Perils Insured Against under Coverages **A** and **B;**

**(2)** Decay that is hidden from view, unless the presence of such decay is known to an "insured" prior to collapse;

**(3)** Insect or vermin damage that is hidden from view, unless the presence of such damage is known to an "insured" prior to collapse;

**(4)** Weight of contents, equipment, animals or people;

**(5)** Weight of rain which collects on a roof; or

**(6)** Use of defective material or methods in construction, remodeling or renovation if the collapse occurs during the course of the construction, remodeling or renovation.

**c.** Loss to an awning, fence, patio, deck, pavement, swimming pool, underground pipe, flue, drain, cesspool, septic tank, foundation, retaining wall, bulkhead, pier, wharf or dock is not included under **b.(2)** through **(6)** above, unless the loss is a direct result of the collapse of a building or any part of a building.

**d.** This coverage does not increase the limit of liability that applies to the damaged covered property.

**9. Glass Or Safety Glazing Material**

**a.** We cover:

**(1)** The breakage of glass or safety glazing material which is part of a covered building, storm door or storm window;

**(2)** The breakage of glass or safety glazing material which is part of a covered building, storm door or storm window when caused directly by earth movement; and

**(3)** The direct physical loss to covered property caused solely by the pieces, fragments or splinters of broken glass or safety glazing material which is part of a building, storm door or storm window.

**b.** This coverage does not include loss:

**(1)** To covered property which results because the glass or safety glazing material has been broken, except as provided in **a.(3)** above; or

**(2)** On the "residence premises" if the dwelling has been vacant for more than 60 consecutive days immediately before the loss, except when the breakage results directly from earth movement as provided in **a.(2)** above. A dwelling being constructed is not considered vacant.

**c.** This coverage does not increase the limit of liability that applies to the damaged property.

**10. Landlord's Furnishings**

We will pay up to $2,500 for your appliances, carpeting and other household furnishings, in each apartment on the "residence premises" regularly rented or held for rental to others by an "insured", for loss caused only by the following Perils Insured Against:

**a. Fire Or Lightning**

**b. Windstorm Or Hail**

This peril includes loss to watercraft of all types and their trailers, furnishings, equipment, and outboard engines or motors, only while inside a fully enclosed building.

This peril does not include loss to the property contained in a building caused by rain, snow, sleet, sand or dust unless the direct force of wind or hail damages the building causing an opening in a roof or wall and the rain, snow, sleet, sand or dust enters through this opening.

**c. Explosion**

**d. Riot Or Civil Commotion**

**e. Aircraft**

This peril includes self-propelled missiles and spacecraft.

**f. Vehicles**

**g. Smoke**

This peril means sudden and accidental damage from smoke, including the emission or puffback of smoke, soot, fumes or vapors from a boiler, furnace or related equipment.

This peril does not include loss caused by smoke from agricultural smudging or industrial operations.

**h. Vandalism Or Malicious Mischief**

**i. Falling Objects**

This peril does not include loss to property contained in a building unless the roof or an outside wall of the building is first damaged by a falling object. Damage to the falling object itself is not included.

**j. Weight Of Ice, Snow Or Sleet**

This peril means weight of ice, snow or sleet which causes damage to property contained in a building.

**k. Accidental Discharge Or Overflow Of Water Or Steam**

**(1)** This peril means accidental discharge or overflow of water or steam from within a plumbing, heating, air conditioning or automatic fire protective sprinkler system or from within a household appliance.

**(2)** This peril does not include loss:

**(a)** To the system or appliance from which the water or steam escaped;

**(b)** Caused by or resulting from freezing except as provided in **m.** Freezing below;

**(c)** On the "residence premises" caused by accidental discharge or overflow which occurs off the "residence premises"; or

**(d)** Caused by mold, fungus or wet rot unless hidden within the walls or ceilings or beneath the floors or above the ceilings of a structure.

**(3)** In this peril, a plumbing system or household appliance does not include a sump, sump pump or related equipment or a roof drain, gutter, downspout or similar fixtures or equipment.

**l. Sudden And Accidental Tearing Apart, Cracking, Burning Or Bulging**

This peril means sudden and accidental tearing apart, cracking, burning or bulging of a steam or hot water heating system, an air conditioning or automatic fire protective sprinkler system, or an appliance for heating water.

We do not cover loss caused by or resulting from freezing under this peril.

**m. Freezing**

    **(1)** This peril means freezing of a plumbing, heating, air conditioning or automatic fire protective sprinkler system or of a household appliance but only if **you** have used reasonable care to:

        **(a)** Maintain heat in the building; or

        **(b)** Shut off the water supply and drain all systems and appliances of water.

    However, if the building is protected by an automatic fire protective sprinkler system, **you** must use reasonable care to continue the water supply and maintain heat in the building for coverage to apply.

    **(2)** In this peril, a plumbing system or household appliance does not include a sump, sump pump or related equipment or a roof drain, gutter, downspout or similar fixtures or equipment.

**n. Sudden And Accidental Damage From Artificially Generated Electrical Current**

    This peril does not include loss to tubes, transistors, electronic components or circuitry that are a part of appliances, fixtures, computers, home entertainment units or other types of electronic apparatus.

**o. Volcanic Eruption**

    This peril does not include loss caused by earthquake, land shock waves or tremors.

This limit is the most **we** will pay in any one loss regardless of the number of appliances, carpeting or other household furnishings involved in the loss.

This coverage does not increase the limit of liability applying to the damaged property.

**11. Ordinance Or Law**

**a.** **You** may use up to 10% of the limit of liability that applies to Coverage **A** for the increased costs **you** incur due to the enforcement of any ordinance or law which requires or regulates:

    **(1)** The construction, demolition, remodeling, renovation or repair of that part of a covered building or other structure damaged by a Peril Insured Against;

    **(2)** The demolition and reconstruction of the undamaged part of a covered building or other structure, when that building or other structure must be totally demolished because of damage by a Peril Insured Against to another part of that covered building or other structure; or

    **(3)** The remodeling, removal or replacement of the portion of the undamaged part of a covered building or other structure necessary to complete the remodeling, repair or replacement of that part of the covered building or other structure damaged by a Peril Insured Against.

**b.** **You** may use all or part of this ordinance or law coverage to pay for the increased costs **you** incur to remove debris resulting from the construction, demolition, remodeling, renovation, repair or replacement of property as stated in **a.** above.

**c.** **We** do not cover:

    **(1)** The loss in value to any covered building or other structure due to the requirements of any ordinance or law; or

    **(2)** The costs to comply with any ordinance or law which requires any "insured" or others, to test for, monitor, clean up, remove, contain, treat, detoxify or neutralize, or in any way respond to, or assess the effects of, pollutants in or on any covered building or other structure.

    Pollutants means any solid, liquid, gaseous or thermal irritant or contaminant, including smoke, vapor, soot, fumes, acids, alkalis, chemicals and waste. Waste includes materials to be recycled, reconditioned or reclaimed.

This coverage is additional insurance.

**12. Grave Markers**

    **We** will pay up to $5,000 for grave markers, including mausoleums, on or away from the "residence premises" for loss caused by a Peril Insured Against.

    This coverage does not increase the limits of liability that apply to the damaged covered property.

**SECTION I - PERILS INSURED AGAINST**

We insure against risk of direct physical loss to property described in Coverages **A, B** and **C**.

We do not insure, however, for loss:

**A.** Under Coverages **A, B** and **C**:

    **1.** Excluded under Section **I** - Exclusions;

    **2.** Caused by:

**a.** Freezing of a plumbing, heating, air conditioning or automatic fire protective sprinkler system or of a household appliance, or by discharge, leakage or overflow from within the system or appliance caused by freezing. This provision does not apply if you have used reasonable care to:

  **(1)** Maintain heat in the building; or

  **(2)** Shut off the water supply and drain all systems and appliances of water.

However, if the building is protected by an automatic fire protective sprinkler system, you must use reasonable care to continue the water supply and maintain heat in the building for coverage to apply.

For purposes of this provision a plumbing system or household appliance does not include a sump, sump pump or related equipment or a roof drain, gutter, downspout or similar fixtures or equipment;

**b.** Freezing, thawing, pressure or weight of water or ice, whether driven by wind or not, to a:

  **(1)** Fence, pavement, patio or swimming pool;

  **(2)** Footing, foundation, bulkhead, wall, or any other structure or device, that supports all or part of a building or other structure;

  **(3)** Retaining wall or bulkhead that does not support all or part of a building or other structure; or

  **(4)** Pier, wharf or dock;

**c.** Theft in or to a dwelling under construction, or of materials and supplies for use in the construction until the dwelling is finished and occupied;

**d.** Mold, fungus or wet rot. However, we do insure for loss caused by mold, fungus or wet rot that is hidden within the walls or ceilings or beneath the floors or above the ceilings of a structure if such loss results from the accidental discharge or overflow of water or steam from within:

  **(1)** A plumbing, heating, air conditioning or automatic fire protective sprinkler system, or a household appliance, on the "residence premises"; or

  **(2)** A storm drain, or water, steam or sewer pipes, off the "residence premises".

For purposes of this provision, a plumbing system or household appliance does not include a sump, sump pump or related equipment or a roof drain, gutter, downspout or similar fixtures or equipment; or

**e.** Any of the following:

  **(1)** Wear and tear, marring, deterioration;

  **(2)** Mechanical breakdown, latent defect, inherent vice, or any quality in property that causes it to damage or destroy itself;

  **(3)** Smog, rust or other corrosion, or dry rot;

  **(4)** Smoke from agricultural smudging or industrial operations;

  **(5)** Discharge, dispersal, seepage, migration, release or escape of pollutants unless the discharge, dispersal, seepage, migration, release or escape is itself caused by a Peril Insured Against in **a.** through **o.** as listed in **E.10.** Landlord's Furnishings under Section **I** - Property Coverages. Pollutants means any solid, liquid, gaseous or thermal irritant or contaminant, including smoke, vapor, soot, fumes, acids, alkalis, chemicals and waste. Waste includes materials to be recycled, reconditioned or reclaimed;

  **(6)** Settling, shrinking, bulging or expansion, including resultant cracking, of bulkheads, pavements, patios, footings, foundations, walls, floors, roofs or ceilings;

  **(7)** Birds, vermin, rodents, or insects; or

  **(8)** Animals owned or kept by an "insured".

**Exception To 2.e.**

Unless the loss is otherwise excluded, we cover loss to property covered under Coverage **A, B** or **C** resulting from an accidental discharge or overflow of water or steam from within a:

**(i)** Storm drain, or water, steam or sewer pipe, off the "residence premises"; or

**(ii)** Plumbing, heating, air conditioning or automatic fire protective sprinkler system or household appliance on the "residence premises". This includes the cost to tear out and replace any part of a building, or other structure, on the "residence premises", but only when necessary to repair the system or appliance. However, such tear out and replacement coverage only applies to other structures if the water or steam causes actual damage to a building on the "residence premises".

We do not cover loss to the system or appliance from which this water or steam escaped.

For purposes of this provision, a plumbing system or household appliance does not include a sump, sump pump or related equipment or a roof drain, gutter, down spout or similar fixtures or equipment.

Section **I** - Exclusion **A.3.** Water Damage, Paragraphs **a.** and **c.** that apply to surface water and water below the surface of the ground do not apply to loss by water covered under **d.** and **e.** above.

Under **2.a.** through **e.** above, any ensuing loss to property described in Coverages **A, B** and **C** not precluded by any other provision in this policy is covered.

**B.** Under Coverages **A** and **B**:

**1.** Caused by vandalism and malicious mischief, and any ensuing loss caused by any intentional and wrongful act committed in the course of the vandalism or malicious mischief, if the dwelling has been vacant for more than 60 consecutive days immediately before the loss. A dwelling being constructed is not considered vacant;

**2.** Involving collapse, other than as provided in **E.8.** Collapse under Section **I** - Property Coverages. However, any ensuing loss to property described in Coverages **A** and **B** not precluded by any other provision in this policy is covered.

**C.** Under Coverage **C** caused by:

**1.** Breakage of eyeglasses, glassware, statuary, marble, bric-a-brac, porcelains and similar fragile articles other than jewelry, watches bronzes, cameras and photographic lenses.

However, there is coverage for breakage of the property by or resulting from:

**a.** Fire, lightning, windstorm, hail;

**b.** Smoke, other than smoke from agricultural smudging or industrial operations;

**c.** Explosion, riot, civil commotion;

**d.** Aircraft, vehicles, vandalism and malicious mischief;

**e.** Collapse of a building or any part of a building;

**f.** Water not otherwise excluded;

**g.** Theft or attempted theft; or

**h.** Sudden and accidental tearing apart, cracking, burning or bulging of:

**(1)** A steam or hot water heating system**;**

**(2)** An air conditioning or automatic fire protective sprinkler system; or

**(3)** An appliance for heating water;

**2.** Dampness, of atmosphere or extremes of temperature unless the direct cause of loss is rain, snow, sleet or hail;

**3.** Refinishing, renovating or repairing property other than watches, jewelry and furs;

**4.** Collision, other than collision with a land vehicle, sinking, swamping or stranding of watercraft, including their trailers, furnishings equipment and out board engines or motors;

**5.** Destruction, confiscation or seizure by order of any government or public authority; or

**6.** Acts or decisions, including the failure to act or decide, of any person, group, organization or governmental body. However, any ensuing loss to property described in Coverage **C** not precluded by any other provision in this policy is covered.

**SECTION I - EXCLUSIONS**

**A.** We do not insure for loss caused directly or indirectly by any of the following. Such loss is excluded regardless of any other cause or event contributing concurrently or in any sequence to the loss. These exclusions apply whether or not the loss event results in widespread damage or affects a substantial area.

Copyright, Insurance Services Office, Inc., 1999

1  **Ordinance Or Law**
Ordinance Or Law means any ordinance or law:

a.  Requiring or regulating the construction, demolition, remodeling, renovation or repair of property, including removal of any resulting debris. This Exclusion **A.1.a.** does not apply to the amount of coverage that may be provided for in **E.11.** Ordinance Or Law under Section **I** - Property Coverages;

b.  The requirements of which result in a loss in value to property; or

c.  Requiring any "insured" or others to test for, monitor, clean up, remove, contain, treat, detoxify or neutralize, or in any way respond to, or assess the effects of, pollutants.

Pollutants means any solid, liquid, gaseous or thermal irritant or contaminant, including smoke, vapor, soot, fumes, acids, alkalis, chemicals and waste. Waste includes materials to be recycled, reconditioned or reclaimed.

This Exclusion **A.1.** applies whether or not the property has been physically damaged.

2.  **Earth Movement**
Earth Movement means:

a.  Earthquake, including land shock waves or tremors before, during or after a volcanic eruption;

b.  Landslide, mudslide or mudflow;

c.  Subsidence or sinkhole; or

d.  Any other earth movement including earth sinking, rising or shifting;

caused by or resulting from human or animal forces or any act of nature unless direct loss by fire or explosion ensues and then we will pay only for the ensuing loss.

This Exclusion **A.2.** does not apply to loss by theft.

3.  **Water Damage**
Water Damage means:

a.  Flood, surface water, waves, tidal water, overflow of a body of water, or spray from any of these, whether or not driven by wind;

b.  Water or water-borne material which backs up through sewers or drains or which overflows or is discharged from a sump, sump pump or related equipment; or

c.  Water or water-borne material below the surface of the ground, including water which exerts pressure on or seeps or leaks through a building, sidewalk, driveway, foundation, swimming pool or other structure;

caused by or resulting from human or animal forces or any act of nature.

Direct loss by fire, explosion or theft resulting from water damage is covered.

Water damage to property described in Coverage **C** away from a premises or location owned, rented, occupied or controlled by an "insured" is covered.

Water damage to property described in Coverage **C** on a premises or location owned, rented, occupied or controlled by an "insured" is excluded even if weather conditions contribute in any way to produce the loss.

4.  **Power Failure**
Power Failure means the failure of power or other utility service if the failure takes place off the "residence premises". But if the failure results in a loss, from a Peril Insured Against on the "residence premises", we will pay for the loss caused by that peril.

5.  **Neglect**
Neglect means neglect of an "insured" to use all reasonable means to save and preserve property at and after the time of a loss.

6.  **War**
Aar includes the following and any consequence of any of the following:

a.  Undeclared war, civil war, insurrection, rebellion or revolution;

b.  Warlike act by a military force or military personnel; or

c.  Destruction, seizure or use for a military purpose.

Discharge of a nuclear weapon will be deemed a warlike act even if accidental.

7.  **Nuclear Hazard**
This Exclusion **A.7.** pertains to Nuclear Hazard to the extent set forth in **M.** Nuclear Hazard Clause under Section **I** - Conditions.

8.  **Intentional Loss**
Intentional Loss means any loss arising out of any act an "insured" commits or conspires to commit with the intent to cause a loss.

 Copyright, Insurance Services Office, Inc., 1999

In the event of such loss, no "insured" is entitled to coverage, even "insureds" who did not commit or conspire to commit the act causing the loss.

**9. Governmental Action**

Governmental Action means the destruction, confiscation or seizure of property described in Coverage **A**, **B** or **C** by order of any governmental or public authority.

This exclusion does not apply to such acts ordered by any governmental or public authority that are taken at the time of a fire to prevent its spread, if the loss caused by fire would be covered under this policy.

**B.** We do not insure for loss to property described in Coverages **A** and **B** caused by any of the following. However, any ensuing loss to property described in Coverages **A** and **B** not precluded by any other provision in this policy is covered.

**1.** Weather conditions. However, this exclusion only applies if weather conditions contribute in any way with a cause or event excluded in **A.** above to produce the loss.

**2.** Acts or decisions, including the failure to act or decide, of any person, group, organization or governmental body.

**3.** Faulty, inadequate or defective:

**a.** Planning, zoning, development, surveying, siting;

**b.** Design, specifications, workmanship, repair, construction, renovation, remodeling, grading, compaction;

**c.** Materials used in repair, construction, renovation or remodeling; or

**d.** Maintenance;

of part or all of any property whether on or off the "residence premises".

**SECTION I - CONDITIONS**

**A. Insurable Interest And Limit Of Liability**

Even if more than one person has an insurable interest in the property covered, we will not be liable in any one loss:

**1.** To an "insured" for more than the amount of such "insured's" interest at the time of loss; or

**2.** For more than the applicable limit of liability.

**B. Duties After Loss**

In case of a loss to covered property, we have no duty to provide coverage under this policy if the failure to comply with the following duties is prejudicial to us. These duties must be performed either by you, or an "insured" seeking coverage, or a representative of either:

**1.** Give prompt notice to us or our agent;

**2.** Notify the police in case of loss by theft;

**3.** Notify the credit card or electronic fund transfer card or access device company in case of loss as provided for in **E.6.** Credit Card, Electronic Fund Transfer Card Or Access Device, Forgery And Counterfeit Money under Section **I** - Property Coverages;

**4.** Protect the property from further damage. If repairs to the property are required, you must:

**a.** Make reasonable and necessary repairs to protect the property; and

**b.** Keep an accurate record of repair expenses;

**5.** Cooperate with us in the investigation of a claim;

**6.** Prepare an inventory of damaged personal property showing the quantity, description, actual cash value and amount of loss. Attach all bills, receipts and related documents that justify the figures in the inventory;

**7.** As often as we reasonably require:

**a.** Show the damaged property;

**b.** Provide us with records and documents we request and permit us to make copies; and

**c.** Submit to examination under oath, while not in the presence of another "insured", and sign the same;

**8.** Send to us, within 60 days after our request, your signed, sworn proof of loss which sets forth, to the best of your knowledge and belief:

**a.** The time and cause of loss;

**b.** The interests of all "insureds" and all others in the property involved and all liens on the property;

**c.** Other insurance which may cover the loss;

**d.** Changes in title or occupancy of the property during the term of the policy;

e. Specifications of damaged buildings and detailed repair estimates;

f. The inventory of damaged personal property described in **6.** above;

g. Receipts for additional living expenses incurred and records that support the fair rental value loss; and

h. Evidence or affidavit that supports a claim under **E.6.** Credit Card, Electronic Fund Transfer Card Or Access Device, Forgery And Counterfeit Money under Section **I** - Property Coverages, stating the amount and cause of loss.

**C. Loss Settlement**

In this Condition **C.,** the terms "cost to repair or replace" and "replacement cost" do not include the increased costs incurred to comply with the enforcement of any ordinance or law, except to the extent that coverage for these increased costs are provided in **E.11.** Ordinance Or Law under Section **I** - Property Coverages. Covered property losses are settled as follows:

**1.** Property of the following types:

a. Personal property;

b. Awnings, carpeting, household appliances, outdoor antennas and outdoor equipment, whether or not attached to buildings;

c. Structures that are not buildings; and

d. Grave markers, including mausoleums;

at actual cash value at the time of loss but not more than the amount required to repair or replace.

**2.** Buildings covered under Coverage **A** or **B** at replacement cost without deduction for depreciation, subject to the following:

a. If, at the time of loss, the amount of insurance in this policy on the damaged building is 80% or more of the full replacement cost of the building immediately before the loss,we will pay the cost to repair or replace, after application of any deductible and without deduction for depreciation, but not more than the least ofthe following amounts:

**(1)** The limit of liability under this policy that applies to the building;

**(2)** The replacement cost of that part of the building damaged with material of like kind and quality and for like use; or

**(3)** The necessary amount actually spent to repair or replace the damaged building.

If the building is rebuilt at a new premises, the cost described in **(2)** above is limited to the cost which would have been incurred if the building had been built at the original premises.

b. If, at the time of loss, the amount of insurance in this policy on the damaged building is less than 80% of the full replacement cost of the building immediately before the loss, we will pay the greater of the following amounts, but not more than the limit of liability under this policy that applies to the building:

**(1)** The actual cash value of that part of the building damaged; or

**(2)** That proportion of the cost to repair or replace, after application of any deductible and without deduction for depreciation, that part of the building damaged, which the total amount of insurance in this policy on the damaged building bears to 80% of the replacement cost of the building.

c. To determine the amount of insurance required to equal 80% of the full replacement cost of the building immediately before the loss, do not include the value of:

**(1)** Excavations, footings, foundations, piers, or any other structures or devices that support all or part of the building, which are below the undersurface of the lowest basement floor;

**(2)** Those supports described in **(1)** above which are below the surface of the ground inside the foundation walls, if there is no basement; and

**(3)** Underground flues, pipes, wiring and drains.

**d.** We will pay no more than the actual cash value of the damage until actual repair or replacement is complete. Once actual repair or replacement is complete, we will settle the loss as noted in **2.a.** and **b.** above.

However, if the cost to repair or replace the damage is both:

**(1)** Less than 5% of the amount of insurance in this policy on the building; and

**(2)** Less than $2,500;

we will settle the loss as noted in **2.a.** and **b.** above whether or not actual repair or replacement is complete.

**e.** You may disregard the replacement cost loss settlement provisions and make claim under this policy for loss to buildings on an actual cash value basis. You may then make claim for any additional liability according to the provisions of this Condition **C.** Loss Settlement, provided you notify us of your intent to do so within 180 days after the date of loss.

**D. Loss To A Pair Or Set**

In case of loss to a pair or set we may elect to:

**1.** Repair or replace any part to restore the pair or set to its value before the loss; or

**2.** Pay the difference between actual cash value of the property before and after the loss.

**E. Appraisal**

If you and we fail to agree on the amount of loss, either may demand an appraisal of the loss. In this event, each party will choose a competent and impartial appraiser within 20 days after receiving a written request from the other. The two appraisers will choose an umpire. If they cannot agree upon an umpire within 15 days, you or we may request that the choice be made by a judge of a court of record in the state where the "residence premises" is located. The appraisers will separately set the amount of loss. If the appraisers submit a written report of an agreement to us, the amount agreed upon will be the amount of loss. If they fail to agree, they will submit their differences to the umpire. A decision agreed to by any two will set the amount of loss.

Each party will:

**1.** Pay its own appraiser; and

**2.** Bear the other expenses of the appraisal and umpire equally.

**F. Other Insurance And Service Agreement**

If a loss covered by this policy is also covered by:

**1.** Other insurance, we will pay only the proportion of the loss that the limit of liability that applies under this policy bears to the total amount of insurance covering the loss; or

**2.** A service agreement, this insurance is excess over any amounts payable under any such agreement. Service agreement means a service plan, property restoration plan, home warranty or other similar service warranty agreement, even if it is characterized as insurance.

**G. Suit Against Us**

No action can be brought against us unless there has been full compliance with all of the terms under Section **I** of this policy and the action is started within two years after the date of loss.

**H. Our Option**

If we give you written notice within 30 days after we receive your signed, sworn proof of loss, we may repair or replace any part of the damaged property with material or property of like kind and quality.

**I. Loss Payment**

We will adjust all losses with you. We will pay you unless some other person is named in the policy or is legally entitled to receive payment. Loss will be payable 60 days after we receive your proof of loss and:

**1.** Reach an agreement with you;

**2.** There is an entry of a final judgment; or

**3.** There is a filing of an appraisal award with us.

**J. Abandonment Of Property**

We need not accept any property abandoned by an "insured".

**K. Mortgage Clause**

**1.** If a mortgagee is named in this policy, any loss payable under Coverage **A** or **B** will be paid to the mortgagee and you, as interests appear. If more than one mortgagee is named, the order of payment will be the same as the order of precedence of the mortgages.

**2.** If we deny your claim, that denial will not apply to a valid claim of the mortgagee, if the mortgagee:

**a.** Notifies us of any change in ownership, occupancy or substantial change in risk of which the mortgagee is aware;

**b.** Pays any premium due under this policy on demand if you have neglected to pay the premium; and

**c.** Submits a signed, sworn statement of loss within 60 days after receiving notice from us of your failure to do so. Paragraphs **E.** Appraisal, **G.** Suit Against Us and **I.** Loss Payment under Section **I** - Conditions also apply to the mortgagee.

**1.** If we decide to cancel or not to renew this policy, the mortgagee will be notified at least 10 days before the date cancellation or nonrenewal takes effect.

**2.** If we pay the mortgagee for any loss and deny payment to you:

**a.** We are subrogated to all the rights of the mortgagee granted under the mortgage on the property; or

**b.** At our option, we may pay to the mortgagee the whole principal on the mortgage plus any accrued interest. In this event, we will receive a full assignment and transfer of the mortgage and all securities held as collateral to the mortgage debt.

**3.** Subrogation will not impair the right of the mortgagee to recover the full amount of the mortgagee's claim.

**L. No Benefit To Bailee**

We will not recognize any assignment or grant any coverage that benefits a person or organization holding, storing or moving property for a fee regardless of any other provision of this policy.

**M. Nuclear Hazard Clause**

**1.** "Nuclear Hazard" means any nuclear reaction, radiation, or radioactive contamination, all whether controlled or uncontrolled or however caused, or any consequence of any of these.

**2.** Loss caused by the nuclear hazard will not be considered loss caused by fire, explosion, or smoke, whether these perils are specifically named in or otherwise included within the Perils Insured Against.

**3.** This policy does not apply under Section **I** to loss caused directly or indirectly by nuclear hazard, except that direct loss by fire resulting from the nuclear hazard is covered.

**N. Recovered Property**

If you or we recover any property for which we have made payment under this policy, you or we will notify the other of the recovery. At your option, the property will be returned to or retained by you or it will become our property. If the recovered property is returned to or

retained by you, the loss payment will be adjusted based on the amount you received for the recovered property.

**O. Volcanic Eruption Period**

One or more volcanic eruptions that occur within a 72 hour period will be considered as one volcanic eruption.

**P. Policy Period**

This policy applies only to loss which occurs during the policy period.

**Q. Concealment Or Fraud**

We provide coverage to no "insureds" under this policy if, whether before or after a loss, an "insured" has:

**1.** Intentionally concealed or misrepresented any material fact or circumstance;

**2.** Engaged in fraudulent conduct; or

**3.** Made false statements;

relating to this insurance.

**R. Loss Payable Clause**

If the Declarations show a loss payee for certain listed insured personal property, the definition of "insured" is changed to include that loss payee with respect to that property.

If we decide to cancel or not renew this policy, that loss payee will be notified in writing.

**SECTION II - LIABILITY COVERAGES**

**A. Coverage E - Personal Liability**

If a claim is made or a suit is brought against an "insured" for damages because of "bodily injury" or "property damage" caused by an "occurrence" to which this coverage applies, we will:

**1.** Pay up to our limit of liability for the damages for which an "insured" is legally liable. Damages include prejudgment interest awarded against an "insured"; and

**2.** Provide a defense at our expense by counsel of our choice, even if the suit is groundless, false or fraudulent. We may investigate and settle any claim or suit that

we decide is appropriate. Our duty to settle or defend ends when our limit of liability for the "occurrence" has been exhausted by payment of a judgment or settlement.

**B. Coverage F - Medical Payments To Others**

We will pay the necessary medical expenses that are incurred or medically ascertained within three years from the date of an accident causing "bodily injury".

Medical expenses means reasonable charges for medical, surgical, x-ray, dental, ambulance, hospital, professional nursing, prosthetic devices and funeral services. This coverage does not apply to you or regular residents of your household except "residence employees". As to others, this coverage applies only:

**1.** To a person on the "insured location" with the permission of an "insured"; or

**2.** To a person off the "insured location", if the "bodily injury":

   **a.** Arises out of a condition on the "insured location" or the ways immediately adjoining;

   **b.** Is caused by the activities of an "insured";

   **c.** Is caused by a "residence employee" in the course of the "residence employee's" employment by an "insured"; or

   **d.** Is caused by an animal owned by or in the care of an "insured".

**SECTION II - EXCLUSIONS**

**A. "Motor Vehicle Liability"**

**1.** Coverages **E** and **F** do not apply to any "motor vehicle liability" if, at the time and place of an "occurrence", the involved "motor vehicle":

   **a.** Is registered for use on public roads or property;

   **b.** Is not registered for use on public roads or property, but such registration is required by a law, or regulation issued by a government agency, for it to be used at the place of the "occurrence"; or

   **c.** Is being:

      **(1)** Operated in, or practicing for, any prearranged or organized race, speed contest or other competition;

      **(2)** Rented to others;

      **(3)** Used to carry persons or cargo for a charge; or

      **(4)** Used for any "business" purpose except for a motorized golf cart while on a golfing facility.

**2.** If Exclusion **A.1.** does not apply, there is still no coverage for "motor vehicle liability" unless the "motor vehicle" is:

   **a.** In dead storage on an "insured location";

   **b.** Used solely to service an "insured's" residence;

   **c.** Designed to assist the handicapped and, at the time of an "occurrence", it is:

      **(1)** Being used to assist a handicapped person; or

      **(2)** Parked on an "insured location";

   **d.** Designed for recreational use off public roads and:

      **(1)** Not owned by an "insured"; or

      **(2)** Owned by an "insured" provided the "occurrence" takes place on an "insured location" as defined in Definitions **B. 6.a., b., d., e.** or **h.;** or

   **e.** A motorized golf cart that is owned by an "insured", designed to carry up to 4 persons, not built or modified after manufacture to exceed a speed of 25 miles per hour on level ground and, at the time of an "occurrence", is within the legal boundaries of:

      **(1)** A golfing facility and is parked or stored there, or being used by an "insured" to:

         **(a)** Play the game of golf or for other recreational or leisure activity allowed by the facility;

         **(b)** Travel to or from an area where "motor vehicles" or golf carts are parked or stored; or

         **(c)** Cross public roads at designated points to access other parts of the golfing facility; or

      **(2)** A private residential community, including its public roads upon which a motorized golf cart can legally travel, which is subject to the authority of a property owners association and contains an "insured's" residence.

 Copyright, Insurance Services Office, Inc., 1999

**B. "Watercraft Liability"**

1. Coverages **E** and **F** do not apply to any "watercraft liability" if, at the time of an "occurrence", the involved watercraft is being:

   **a.** Operated in, or practicing for, any prearranged or organized race, speed contest or other competition. This exclusion does not apply to a sailing vessel or a predicted log cruise;

   **b.** Rented to others;

   **c.** Used to carry persons or cargo for a charge; or

   **d.** Used for any "business" purpose.

2. If Exclusion **B.1.** does not apply, there is still no coverage for "watercraft liability" unless, at the time of the "occurrence", the watercraft:

   **a.** Is stored;

   **b.** Is a sailing vessel, with or without auxiliary power, that is:

      **(1)** Less than 26 feet in overall length; or

      **(2)** 26 feet or more in overall length and not owned by or rented to an "insured"; or

   **c.** Is not a sailing vessel and is powered by:

      **(1)** An inboard or inboard-outdrive engine or motor, including those that power a water jet pump, of:

         **(a)** 50 horsepower or less and not owned by an "insured"; or

         **(b)** More than 50 horsepower and not owned by or rented to an "insured"; or

      **(2)** One or more outboard engines or motors with:

         **(a)** 25 total horsepower or less;

         **(b)** More than 25 horsepower if the outboard engine or motor is not owned by an "insured";

         **(c)** More than 25 horsepower if the outboard engine or motor is owned by an "insured" who acquired it during the policy period; or

         **(d)** More than 25 horsepower if the outboard engine or motor is owned by an "insured" who acquired it before the policy period, but only if:

            **(i)** You declare them at policy inception; or

            **(ii)** Your intent to insure them is reported to us in writing within 45 days after you acquire them.

         The coverages in **(c)** and **(d)** above apply for the policy period.

   Horsepower means the maximum power rating assigned to the engine or motor by the manufacturer.

**C. "Aircraft Liability"**

This policy does not cover "aircraft liability".

**D. "Hovercraft Liability"**

This policy does not cover "hovercraft liability".

**E. Coverage E - Personal Liability And Coverage F - Medical Payments To Others**

Coverages **E** and **F** do not apply to the following:

1. **Expected Or Intended Injury**

   "Bodily injury" or "property damage" which is expected or intended by an "insured" even if the resulting "bodily injury" or "property damage":

   **a.** Is of a different kind, quality or degree than initially expected or intended; or

   **b.** Is sustained by a different person, entity, real or personal property, than initially expected or intended.

   However, this Exclusion **E.1.** does not apply to "bodily injury" resulting from the use of reasonable force by an "insured" to protect persons or property;

2. **"Business"**

   **a.** "Bodily injury" or "property damage" arising out of or in connection with a "business" conducted from an "insured location" or engaged in by an "insured", whether or not the "business" is owned or operated by an "insured" or employs an "insured".

   This Exclusion **E.2.** applies but is not limited to an act or omission, regardless of its nature or circumstance, involving a service or duty rendered, promised, owed, or implied to be provided because of the nature of the "business".

**b.** This Exclusion **E.2.** does not apply to:

**(1)** The rental or holding for rental of an "insured location";

    **(a)** On an occasional basis if used only as a residence;

    **(b)** In part for use only as a residence, unless a single family unit is intended for use by the occupying family to lodge more than two roomers or boarders; or

    **(c)** In part, as an office, school, studio or private garage; and

**(2)** An "insured" under the age of 21 years involved in a part-time or occasional, self-employed "business" with no employees;

**3. Professional Services**

"Bodily injury" or "property damage" arising out of the rendering of or failure to render professional services;

**4. "Insured's" Premises Not An "Insured Location"**

"Bodily injury" or "property damage" arising out of a premises:

**a.** Owned by an "insured";

**b.** Rented to an "insured"; or

**c.** Rented to others by an "insured";

that is not an "insured location";

**5. War**

"Bodily injury" or "property damage" caused directly or indirectly by war, including the following and any consequence of any of the following:

**a.** Undeclared war, civil war, insurrection, rebellion or revolution;

**b.** Warlike act by a military force or military personnel; or

**c.** Destruction, seizure or use for a military purpose.

Discharge of a nuclear weapon will be deemed a warlike act even if accidental;

**6. Communicable Disease**

"Bodily injury" or "property damage" which arises out of the transmission of a communicable disease by an "insured";

**7. Sexual Molestation, Corporal Punishment Or Physical Or Mental Abuse**

"Bodily injury" or "property damage" arising out of sexual molestation, corporal punishment or physical or mental abuse; or

**8. Controlled Substance**

"Bodily injury" or "property damage" arising out of the use, sale, manufacture, delivery, transfer or possession by any person of a Controlled Substance as defined by the Federal Food and Drug Law at 21 U.S.C.A. Sections 811 and 812. Controlled Substances include but are not limited to cocaine, LSD, marijuana and all narcotic drugs. However, this exclusion does not apply to the legitimate use of prescription drugs by a person following the orders of a licensed physician.

Exclusions **A.** "Motor Vehicle Liability", **B.** "Watercraft Liability", **C.** "Aircraft Liability", **D.** "Hovercraft Liability" and **E.4.** "Insured's" Premises Not An "Insured Location" do not apply to "bodily injury" to a "residence employee" arising out of and in the course of the "residence employee's" employment by an "insured".

**F. Coverage E - Personal Liability**

Coverage **E** does not apply to:

**1** Liability:

    **a.** For any loss assessment charged against you as a member of an association, corporation or community of property owners, except as provided in **D.** Loss Assessment under Section II - Additional Coverages;

    **b.** Under any contract or agreement entered into by an "insured". However, this exclusion does not apply to written contracts:

        **(1)** That directly relate to the ownership, maintenance or use of an "insured location"; or

        **(2)** Where the liability of others is assumed by you prior to an "occurrence";

    unless excluded in **a.** above or elsewhere in this policy;

**2.** "Property damage" to property owned by an "insured". This includes costs or expenses incurred by an "insured" or others to repair, replace, enhance, restore or maintain such property to prevent injury to a person or damage to property of others, whether on or away from an "insured location";

3. "Property damage" to property rented to, occupied or used by or in the care of an "insured". This exclusion does not apply to "property damage" caused by fire, smoke or explosion;

4. "Bodily injury" to any person eligible to receive any benefits voluntarily provided or required to be provided by an "insured" under any:

   a. Workers' compensation law;

   b. Non-occupational disability law; or

   c. Occupational disease law;

5. "Bodily injury" or "property damage" for which an "insured" under this policy:

   a. Is also an insured under a nuclear energy liability policy issued by the:

      (1) Nuclear Energy Liability Insurance Association;

      (2) Mutual Atomic Energy Liability Underwriters;

      (3) Nuclear Insurance Association of Canada;

      or any of their successors; or

   b. Would be an insured under such a policy but for the exhaustion of its limit of liability; or

6. "Bodily injury" to you or an "insured" as defined under Definitions **5.a. or b.** This exclusion also applies to any claim made or suit brought against you or an "insured":

   a. To repay; or

   b. Share damages with;

   another person who may be obligated to pay damages because of "bodily injury" to an "insured".

**G. Coverage F - Medical Payments To Others**

Coverage **F** does not apply to "bodily injury":

1. To a "residence employee" if the "bodily injury":

   a. Occurs off the "insured location"; and

   b. Does not arise out of or in the course of the "residence employee's" employment by an "insured";

2. To any person eligible to receive benefits voluntarily provided or required to be provided under any:

   a. Workers' compensation law;

   b. Non-occupational disability law; or

   c. Occupational disease law;

3. From any:

   a. Nuclear reaction;

   b. Nuclear radiation; or

   c. Radioactive contamination;

   all whether controlled or uncontrolled or however caused; or

   d. Any consequence of any of these; or

4. To any person, other than a "residence employee" of an "insured", regularly residing on any part of the "insured location".

**SECTION II - ADDITIONAL COVERAGES**

We cover the following in addition to the limits of liability:

**A. Claim Expenses**

We pay:

1. Expenses we incur and costs taxed against an "insured" in any suit we defend;

2. Premiums on bonds required in a suit we defend, but not for bond amounts more than the Coverage **E** limit of liability. We need not apply for or furnish any bond;

3. Reasonable expenses incurred by an "insured" at our request, including actual loss of earnings (but not loss of other income) up to $250 per day, for assisting us in the investigation or defense of a claim or suit; and

4. Interest on the entire judgment which accrues after entry of the judgment and before we pay or tender, or deposit in court that part of the judgment which does not exceed the limit of liability that applies.

**B. First Aid Expenses**

We will pay expenses for first aid to others incurred by an "insured" for "bodily injury" covered under this policy. We will not pay for first aid to an "insured".

**C. Damage To Property Of Others**

1. We will pay, at replacement cost, up to $1,000 per "occurrence" for "property damage" to property of others caused by an "insured".

2. We will not pay for "property damage":

   a. To the extent of any amount recoverable under Section **I**;

   b. Caused intentionally by an "insured" who is 13 years of age or older;

   c. To property owned by an "insured";

**d.** To property owned by or rented to a tenant of an "insured" or a resident in your household; or

**e.** Arising out of:

**(1)** A "business" engaged in by an "insured";

**(2)** Any act or omission in connection with a premises owned, rented or controlled by an "insured", other than the "insured location"; or

**(3)** The ownership, maintenance, occupancy, operation, use, loading or unloading of aircraft, hovercraft, watercraft or "motor vehicles".

This exclusion **e.(3)** does not apply to a "motor vehicle" that:

**(a)** Is designed for recreational use off public roads;

**(b)** Is not owned by an "insured"; and

**(c)** At the time of the "occurrence", is not required by law, or regulation issued by a government agency, to have been registered for it to be used on public roads or property.

**D. Loss Assessment**

**1.** We will pay up to $1,000 for your share of loss assessment charged against you, as owner or tenant of the "residence premises", during the policy period by a corporation or association of property owners, when the assessment is made as a result of:

**a.** "Bodily injury" or "property damage" not excluded from coverage under Section **II** - Exclusions; or

**b.** Liability for an act of a director, officer or trustee in the capacity as a director, officer or trustee, provided such person:

**(1)** Is elected by the members of a corporation or association of property owners; and

**(2)** Serves without deriving any income from the exercise of duties which are solely on behalf of a corporation or association of property owners.

**2.** Paragraph **I.** Policy Period under Section **II** - Conditions does not apply to this Loss Assessment Coverage.

**3.** Regardless of the number of assessments, the limit of $1,000 is the most we will pay for loss arising out of:

**a.** One accident, including continuous or repeated exposure to substantially the same general harmful condition; or

**b.** A covered act of a director, officer or trustee. An act involving more than one director, officer or trustee is considered to be a single act.

**4.** We do not cover assessments charged against you or a corporation or association of property owners by any governmental body.

**SECTION II - CONDITIONS**

**A. Limit Of Liability**

Our total liability under Coverage **E** for all damages resulting from any one "occurrence" will not be more than the Coverage **E** limit of liability shown in the Declarations. This limit is the same regardless of the number of "insureds", claims made or persons injured. All "bodily injury" and "property damage" resulting from any one accident or from continuous or repeated exposure to substantially the same general harmful conditions shall be considered to be the result of one "occurrence".

Our total liability under Coverage **F** for all medical expense payable for "bodily injury" to one person as the result of one accident will not be more than the Coverage **F** limit of liability shown in the Declarations.

**B. Severability Of Insurance**

This insurance applies separately to each "insured". This condition will not increase our limit of liability for any one "occurrence".

**C. Duties After "Occurrence"**

In case of an "occurrence", you or another "insured" will perform the following duties that apply. We have no duty to provide coverage under this policy if your failure to comply with the following duties is prejudicial to us. You will help us by seeing that these duties are performed:

**1.** Give written notice to us or our agent as soon as is practical, which sets forth:

**a.** The identity of the policy and the "named insured" shown in the Declarations;

**b.** Reasonably available information on the time, place and circumstances of the "occurrence"; and

**c.** Names and addresses of any claimants and witnesses;

**2.** Cooperate with us in the investigation, settlement or defense of any claim or suit;

3. Promptly forward to us every notice, demand, summons or other process relating to the "occurrence";

4. At our request, help us:

   a. To make settlement;

   b. To enforce any right of contribution or indemnity against any person or organization who may be liable to an "insured";

   c. With the conduct of suits and attend hearings and trials; and

   d. To secure and give evidence and obtain the attendance of witnesses;

5. With respect to **C.** Damage To Property Of Others under Section **II** - Additional Coverage, submit to us within 60 days after the loss, a sworn statement of loss and show the damaged property, if in an "insured's" control;

6. No "insured" shall, except at such "insured's" own cost, voluntarily make payment, assume obligation or incur expense other than for first aid to others at the time of the "bodily injury".

**D. Duties Of An Injured Person - Coverage F - Medical Payments To Others**

1. The injured person or someone acting for the injured person will:

   a. Give us written proof of claim, under oath if required, as soon as is practical; and

   b. Authorize us to obtain copies of medical reports and records.

2. The injured person will submit to a physical exam by a doctor of our choice when and as often as we reasonably require.

**E. Payment Of Claim - Coverage F - Medical Payments To Others**

Payment under this coverage is not an admission of liability by an "insured" or us.

**F. Suit Against Us**

1. No action can be brought against us unless there has been full compliance with all of the terms under this Section **II.**

2. No one will have the right to join us as a party to any action against an "insured".

3. Also, no action with respect to Coverage **E** can be brought against us until the obligation of such "insured" has been determined by final judgment or agreement signed by us.

**G. Bankruptcy Of An "Insured"**

Bankruptcy or insolvency of an "insured" will not relieve us of our obligations under this policy.

**H. Other Insurance**

This insurance is excess over other valid and collectible insurance except insurance written specifically to cover as excess over the limits of liability that apply in this policy.

**I. Policy Period**

This policy applies only to "bodily injury" or "property damage" which occurs during the policy period.

**J. Concealment Or Fraud**

We do not provide coverage to an "insured" who, whether before or after a loss, has:

1. Intentionally concealed or misrepresented any material fact or circumstance;

2. Engaged in fraudulent conduct; or

3. Made false statements;

   relating to this insurance.

**SECTIONS I AND II - CONDITIONS**

**A. Liberalization Clause**

If we make a change which broadens coverage under this edition of our policy without additional premium charge, that change will automatically apply to your insurance as of the date we implement the change in your state, provided that this implementation date falls within 60 days prior to or during the policy period stated in the Declarations.

This Liberalization Clause does not apply to changes implemented with a general program revision that includes both broadenings and restrictions in coverage, whether that general program revision is implemented through introduction of:

1. A subsequent edition of this policy; or

2. An amendatory endorsement.

**B. Waiver Or Change Of Policy Provisions**

A waiver or change of a provision of this policy must be in writing by us to be valid. Our request for an appraisal or examination will not waive any of our rights.

**C. Cancellation**

1. You may cancel this policy at any time by returning it to us or by letting us know in writing of the date cancellation is to take effect.

 Copyright, Insurance Services Office, Inc., 1999

**2.** We may cancel this policy only for the reasons stated below by letting you know in writing of the date cancellation takes effect. This cancellation notice may be delivered to you, or mailed to you at your mailing address shown in the Declarations. Proof of mailing will be sufficient proof of notice.

**a.** When you have not paid the premium, we may cancel at any time by letting you know at least 10 days before the date cancellation takes effect.

**b.** When this policy has been in effect for less than 60 days and is not a renewal with us, we may cancel for any reason by letting you know at least 10 days before the date cancellation takes effect.

**c.** When this policy has been in effect for 60 days or more, or at any time if it is a renewal with us, we may cancel:

**(1)** If there has been a material misrepresentation of fact which if knownto us would have caused us not to issue the policy; or

**(2)** f the risk has changed substantially since the policy was issued.

This can be done by letting you know at least 30 days before the date cancellation takes effect.

**d.** When this policy is written for a period of more than one year, we may cancel for any reason at anniversary by letting you know at least 30 days before the date cancellation takes effect.

**3.** When this policy is canceled, the premium for the period from the date of cancellation to the expiration date will be refunded pro rata.

**4.** If the return premium is not refunded with the notice of cancellation or when this policy is returned to us, we will refund it within a reasonable time after the date cancellation takes effect.

**D. Nonrenewal**

We may elect not to renew this policy. We may do so by delivering to you, or mailing to you at your mailing address shown in the Declarations, written notice at least 30 days before the expiration date of this policy. Proof of mailing will be sufficient proof of notice.

**E. Assignment**

Assignment of this policy will not be valid unless we give our written consent.

**F. Subrogation**

An "insured" may waive in writing before a loss all rights of recovery against any person. If not waived, we may require an assignment of rights of recovery for a loss to the extent that payment is made by us.

If an assignment is sought, an "insured" must sign and deliver all related papers and cooperate with us.

Subrogation does not apply to Coverage **F** or Paragraph **C.** Damage To Property Of Others under Section **II** - Additional Coverages.

**G. Death**

If any person named in the Declarations or the spouse, if a resident of the same household, dies, the following apply:

**1.** We insure the legal representative of the deceased but only with respect to the premises and property of the deceased covered under the policy at the time of death; and

**2.** "Insured" includes:

**a.** An "insured" who is a member of your household at the time of your death, but only while a resident of the "residence premises"; and

**b.** With respect to your property, the person having proper temporary custody of the property until appointment and qualification of a legal representative.

Copyright, Insurance Services Office, Inc., 1999

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# SPECIAL PROVISIONS - OHIO

## SECTIONS II – EXCLUSIONS

**E. Coverage E – Personal Liability And Coverage F – Medical Payments To Others**

The following paragraph is added:

**9. Actions Of A Dangerous Or Vicious Dog**

"Bodily injury" or "Property damage" arising out of the actions of a dangerous or vicious dog, as defined under OHIO REV. CODE, Sec. 955.11, and the "insured's" failure to keep:

**a.** The dangerous dog, while on the premises of the owner, keeper or harborer, restrained by a leash or a tether;

**b.** The vicious dog while on the premises of the owner, keeper or harborer, securely confined at all times in a locked pen that has a top, a locked fenced yard or other locked enclosure that has a top; and

**c.** The dangerous and vicious dog while off the premises of the owner, keeper or harborer, on a chain-link leash or tether that is not more than six feet in length and in addition, keep the dog;

**(1)** Confined in a locked pen that has a top, locked fenced yard, or other locked enclosure that has a top;

**(2)** Leashed or tethered and controlled by a person who is of suitable age and discretion or securely attach, tie, or affix the leash or tether to the ground or a stationary object or fixture so that the dog is adequately restrained and station such a person in close enough proximity to that dog so as to prevent it from causing injury to any person; or

**(3)** Muzzled.

This exclusion does not apply to "bodily injury" to a "residence employee" arising out of and in the course of the "residence employee's" employment by an "insured".

## SECTIONS I AND II – CONDITIONS

## C. Cancellation

Paragraph **2.** is deleted and replaced by the following:

**2.** We may cancel this policy, as stated below, by letting you know in writing of the date cancellation takes effect. This cancellation notice may be delivered to you, or mailed to you at your mailing address shown in the Declarations.

Proof of mailing will be sufficient proof of notice.

**a.** We may cancel at any time by letting you know at least 10 days before the date cancellation takes effect if we cancel because:

**(1)** You have not paid the premium;

**(2)** There has been a material misrepresentation of fact related to this insurance; or

**(3)** Evidence of arson exists.

**b.** When this policy has been in effect for less than 60 days and is not a renewal with us, we may cancel for any reason by letting you know at least 30 days before the date cancellation takes effect.

**c.** When this policy has been in effect for 60 days or more, or at any time if it is a renewal with us, we may cancel if the risk has changed substantially since the policy was issued.

This can be done by letting you know at least 30 days before the date cancellation takes effect.

**d.** When this policy is written for a period of more than one year, we may cancel for any reason at anniversary by letting you know at least 30 days before the date cancellation takes effect.

All other provisions of this policy apply.

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# PEKIN INSURANCE COMPANY
# POLICY AMENDMENT

**SECTION I - PROPERTY COVERAGES**

**Coverage C - Personal Property, 4.c.(2)(a)** is replaced by:

Used primarily to service an "insured's" residence;

**SECTION I - PERILS INSURED AGAINST (Not applicable to Form HO 00 05)**

**Coverage C- Personal Property, 15. Sudden And Accidental Damage From Artificially Generated Electrical Current** is replaced by:

This peril includes loss to tubes, transistors, electronic components or circuitry that are a part of appliances, fixtures, computers, home entertainment units or other types of electronic apparatus.

**SECTION II - EXCLUSIONS**

**A. "Motor Vehicle Liability"**

    **2.b.** is replaced by:

    Used primarily to service an "insured's" residence;

**B. "Watercraft Liability", 2.c.(2)** is replaced by:

    **(2)** One or more outboard engines or motors with:

      **(a)** 100 total horsepower or less;

      **(b)** More than 100 horsepower if the outboard engine or motor is not owned by an "insured";

      **(c)** More than 100 horsepower if the outboard engine or motor is owned by an "insured" who acquired it during the policy period; or

      **(d)** More than 100 horsepower if the outboard engine or motor is owned by an "insured" who acquired it before the policy period, but only if:

        **(i)** You declare them at policy inception; or

        **(ii)** Your intent to insure them is reported to us in writing within 45 days after you acquire them.

The coverages in **(c)** and **(d)** above apply for the policy period.

The following **EXCLUSION** is added:

**PUNITIVE DAMAGES, MULTIPLIED DAMAGES, STATUTORY FINES AND PENALTIES**

This policy does not apply to punitive or exemplary damages. This policy also does not apply to attorney's fees or other expenses awarded as part of, or as the result of, a punitive or exemplary damages award. This policy also does not apply to any statutory fines, statutory penalties, attorney's fees, and treble or multiplied damages awarded as a result of a statutory cause of action or as a result of a statutory violation.

**SPECIAL PROVISIONS**

**A. Inflation Protection (Not applicable to Forms HO 00 04, HO 00 06 and HO 00 02 with MH 04 01).** The Limit of Liability specified in the Declarations of the policy for Section I Coverage A - Dwelling, Coverage B - Other Structures, Coverage C - Personal Property and Coverage D - Loss of Use shall be increased to the nearest $100 on the renewal of this policy at the same rate as the increase of a nationally recognized building cost index. Payment of the renewal premium will constitute your acceptance of the revised limits as shown on the renewal Declarations or renewal billing notice.

**B. CONCEALMENT, FRAUD, MISREPRESENTATION AND BREACH OF WARRANTY**

The entire policy is void if, before or after a loss, any insured has intentionally concealed or misrepresented any material fact or circumstance concerning this insurance. All statements made by you, on the application (which is expressly incorporated into this Policy) constitute warranties and not mere representations. The falsity of any statement made by you on the application renders this policy void back to its inception regardless of whether the false statement was in any way related to the cause of any loss. In the event of a fraudulent claim, we will not make payment for the loss.

**PEKIN INSURANCE COMPANY**

**C. POLICY ACCEPTANCE AND WARRANTIES**

By accepting this policy, you agree that:

    **a.** The statements on the Declarations are accurate and complete;

    **b.** Those statements are based on the facts you have given us, including the information set forth in the application;

    **c.** The application is incorporated into, and made part of, your Policy and all statements made in the application constitute warranties;

    **d.** We have issued this policy in reliance upon the facts you have given us and your statements, as described above.

All other items and conditions of this policy remain unchanged.

IN WITNESS WHEREOF, THE PEKIN INSURANCE COMPANY has caused this policy to be signed by its president and a secretary at Pekin, Illinois.

PEKIN INSURANCE COMPANY

Daniel V. Connell
Secretary

Scott A. Martin
President

# LIMITED FUNGI, WET OR DRY ROT, OR BACTERIA COVERAGE

**FOR USE WITH FORM HO 00 03 WITH HO 00 05**

**SCHEDULE\***

| | | |
|---|---|---|
| These limits of liability apply to the total of all loss or costs payable under this endorsement, regardless of the number of "occurrences", the number of claims-made, or the number of locations insured under this endorsement and listed in this Schedule. | | |
| 1. | Section **I** - Property Coverage Limit of Liability for the Additional Coverage "Fungi", Wet Or Dry Rot, Or Bacteria | $10,000 |
| 2. | Section **II** - Coverage **E** Aggregate Sublimit of Liability for "Fungi", Wet Or Dry Rot, Or Bacteria | $50,000 |
| *Entries may be left blank if shown elsewhere in this policy for this coverage. | | |

**DEFINITIONS**

The following definition is added:

> **"Fungi"**
>
> **a.** "Fungi" means any type or form of fungus, including mold or mildew, and any mycotoxins, spores, scents or by-products produced or released by "fungi".
>
> **b.** Under Section **II**, this does not include any "fungi" that are, are on, or are contained in, a good or product intended for consumption.

**SECTION I -PROPERTY COVERAGES**

**E. Additional Coverages**

Paragraph **10.k.(2)(d)** is deleted in Form **HO 00 05** only.

**13. "Fungi", Wet Or Dry Rot, Or Bacteria**

**a.** The amount shown in the Schedule above is the most we will pay for:

**(1)** the total of all loss payable under Section **I** - Property Coverages caused by "fungi", wet or dry rot, or bacteria;

**(2)** the cost to remove "fungi", wet or dry rot, or bacteria from property covered under Section **I** -Property Coverages;

**(3)** the cost to tear out and replace any part of the building or other covered property as needed to gain access to the "fungi", wet or dry rot, or bacteria; and

**(4)** the cost of testing performed after removal, repair, replacement or restoration of the damaged property is completed, provided there is a reason to believe that "fungi", wet or dry rot or bacteria are present.

**b.** The coverage described in **13.a.** only applies when such loss or costs are a result of a Peril Insured Against that occurs during the policy period and only if all reasonable means were used to save and preserve the property from further damage at and after the time the Peril Insured Against occurred.

**c.** The amount shown in the Schedule for this coverage is the most we will pay for the total of all loss or costs payable under this Additional Coverage regardless of the:

**(1)** number of locations insured under this endorsement; or

**(2)** number of claims-made.

**d.** If there is covered loss or damage to covered property, not caused; in whole or in part, by "fungi", wet or dry rot, or bacteria, loss payment will not be limited by the terms of this Additional Coverage, except to the extent that "fungi", wet or dry rot, or bacteria causes an increase in the loss. Any such increase in the loss will be subject to the terms of this Additional Coverage.

Includes copyrighted material of Insurance Services Office, Inc., with its permission, 2001

This coverage does not increase the limit of liability applying to the damaged covered property. If a particular occurrence results in loss or damage by "fungi", wet or dry rot or bacteria, and other loss or damage, we will not pay more, for the total of all loss or damage, than the applicable limit of liability on the affected covered property.

## SECTION I -PERILS INSURED AGAINST

In Form **HO 00 03**:

**A.** **Coverage A - Dwelling and Coverage B - Other Structures**

Paragraph **2.c.(5)** is deleted and replaced by the following:

**(5)** Caused by constant or repeated seepage or leakage of water or the presence or condensation of humidity, moisture or vapor, over a period of weeks, months or years unless such seepage or leakage of water or the presence or condensation of humidity, moisture or vapor and the resulting damage is unknown to all "insureds" and is hidden within the walls or ceilings or beneath the floors or above the ceilings of a structure if such loss results from the accidental discharge or overflow of water or steam from within:

**(a)** A plumbing, heating, air conditioning or automatic fire protective sprinkler system, or a household appliance, on the "residence premises"; or

**(b)** A storm drain, or water, steam or sewer pipes, off the "residence premises".

For purposes of this provision, a plumbing system or household appliance does not include a sump, sump pump or related equipment or a roof drain, gutter, downspout or similar fixtures or equipment;

Paragraph **2.c.(6)(c)** is deleted and replaced by the following:

**(c)** Smog, rust or other corrosion;

**B.** **Coverage C - Personal Property**

**12.** **Accidental Discharge Or Overflow Of Water Or Steam**

Paragraph **b.(4)** is deleted and replaced by the following:

**(4)** Caused by constant or repeated seepage or leakage of water or the presence or condensation of humidity, moisture or vapor, over a period of weeks, months or years unless such seepage or leakage of water or the presence or condensation of humidity, moisture or vapor and the resulting damage is unknown to all "insureds" and is hidden within the walls or ceilings or beneath the floors or above the ceilings of a structure.

In Form **HO 00 05**:

**A.** Under Coverages **A, B and C**:

Paragraph **2.d.** is deleted and replaced by the following:

**d.** Caused by constant or repeated seepage or leakage of water or the presence or condensation of humidity, moisture or vapor, over a period of weeks, months or years unless such seepage or leakage of water or the presence or condensation of humidity, moisture or vapor and the resulting damage is unknown to all "insureds" and is hidden within the walls or ceilings or beneath the floors or above the ceilings of a structure if such loss results from the accidental discharge or overflow of water or steam from within:

**(a)** A plumbing, heating, air conditioning or automatic fire protective sprinkler system, or a household appliance, on the "residence premises"; or

**(b)** A storm drain, or water, steam or sewer pipes, off the "residence premises".

For purposes of this provision, a plumbing system or household appliance does not include a sump, sump pump or related equipment or a roof drain, gutter, downspout or similar fixtures or equipment; or

Paragraph **2.e.(3)** is deleted and replaced by the following:

**(3)** Smog, rust or other corrosion;

## SECTION I -EXCLUSIONS

Exclusion **A.10.** is added.

**10.** **"Fungi", Wet Or Dry Rot, Or Bacteria "**

Fungi", Wet Or Dry Rot, Or Bacteria meaning the presence, growth, proliferation, spread or any activity of "fungi", wet or dry rot, or bacteria.

This Exclusion does not apply:

Includes copyrighted material of Insurance Services Office, Inc., with its permission, 2001

a. when "fungi", wet or dry rot, or bacteria results from fire or lightning; or

b. to the extent coverage is provided for in the "Fungi", Wet Or Dry Rot, Or Bacteria Additional Coverage under Section I - Property Coverages with respect to loss caused by a Peril Insured Against other than fire or lightning.

Direct loss by a Peril Insured Against resulting from "fungi", wet or dry rot, or bacteria is covered.

## SECTION I -CONDITIONS

Condition **P. Policy Period** Limit Of Liability is deleted and replaced by the following:

**P.   Policy Period**

This policy applies to loss or costs which occur during the policy period.

## SECTION II - CONDITIONS

Condition **A. Limit Of Liability** is deleted and replaced by the following:

**A.   Limit of Liability**

Our total liability under Coverage **E** for all damages resulting from any one "occurrence" will not be more than the Coverage **E** limit of liability shown in the Declarations. This limit is the same regardless of the number of "insureds", claims-made or persons injured.All "bodily injury" and "property damage" resulting from any one accident or from continuous or repeated exposure to substantially the same general harmful conditions will be considered to be the result of one "occurrence".

Our total liability under Coverage **F** for all medical expense payable for "bodily injury" to one person as the result of one accident will not be more than the Coverage **F** limit of liability shown in the Declarations.

However, our total liability under Coverage **E** for the total of all damages arising directly or indirectly, in whole or in part, out of the actual, alleged or threatened inhalation of, ingestion of, contact with, exposure to, existence of, or presence of any "fungi", wet or dry rot, or bacteria will not be more than the Section **II** - Coverage **E** Aggregate Sublimit of Liability for "Fungi", Wet Or Dry Rot, Or Bacteria. That sublimit is the amount shown in the Schedule. This is the most we will pay regardless of the:

1.   number of locations insured under the policy to which this endorsement is attached;

2.   number of persons injured;

3.   number of persons whose property is damaged;

4.   number of "insureds"; or

5.   number of "occurrences" or claims-made.

This sublimit is within, but does not increase, the Coverage E limit of liability. It applies separately to each consecutive annual period and to any remaining period of less than 12 months, starting with the beginning of the policy period shown in the Declarations.

With respect to damages arising out of "fungi", wet or dry rot, or bacteria described in **A.** Limit of Liability of this endorsement, Condition **B.** Severability of Insurance is deleted and replaced by the following:

**B.   Severability Of Insurance**

This insurance applies separately to each "insured" except with respect to the Aggregate Sublimit of Liability described in this endorsement under Section **II** -Conditions, **A.** Limit Of Liability. This condition will not increase the limit of liability for this coverage.

All other provisions of the policy apply.

Includes copyrighted material of Insurance Services Office, Inc., with its permission, 2001

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# V.I.P. HOME GUARD DELUXE

For an additional premium, we agree to the following changes:

1. **Guaranteed Dwelling Replacement Cost Coverage**

   **C. Loss Settlement** paragraph **2.a.**, **b.** and **c.** under **SECTION I - CONDITIONS**, shall not pply to Coverage **A** - Dwelling. In its place,the following shall apply:

   We will:

   1. Increase the Coverage **A** limit of liability, if the amount of loss to the dwelling is more than the limit of liability indicated in the Declarations.

   2. Also increase by the same percentage applied to Coverage **A** the limits of liability for Coverage **B**, **C** and **D**. However, we will do this only if the Coverage **A** limit of liability is increased as a result of Coverage **A** loss;

   3. Adjust the policy premium from the time of loss for the remainder of the policy term based on the increased limits of liability.

   You agree to:

   1. Insure the dwelling to 100% of its replacement cost;

   2. Accept any renewal adjustments of Coverage **A** reflecting changes in the cost of construction for the area;

   3. Notify us, within 30 days of completion, of any alterations to the dwelling which increase the replacement cost of the dwelling by 5% or more; and

   4. Repair or replace the damaged dwelling with equivalent construction and use on the same premises.

   If you fail to comply with any of the above provisions, **SECTION I - CONDITIONS, C.Loss Settlement**, paragraph **2.a.**, **b.** and **c.** shall apply to Coverage **A** - Dwelling.

2. **Personal Property Replacement Cost**

   We agree to substitute the term "replacement cost" for "actual cash value" as it applies to **SECTION I - CONDITIONS, C. Loss Settlement**, paragraph **1**.

   We also agree to settle a loss under **SECTION II - ADDITIONAL COVERAGES, C. Damage to Property of Others** at replacement cost.

"Replacement cost" means the current cost atthe time of loss, without deduction for depreciation, to replace the damaged, destroyed or stolen property with articles of like kind and quality.

**A. Eligible Property**

1. Covered losses to the following property are settled at replacement cost at the time of the loss:

   **a.** Coverage **C**; and

   **b.** If covered in this policy:

      **(1)** Awnings, outdoor antennas and outdoor equipment; and

      **(2)** Carpeting and household appliances;

      whether or not attached to buildings.

2. This method of loss settlement will also apply to the following articles or classes of property if they are separately described and specifically insured in this policy and not subject to agreed value loss settlement:

   **a.** Jewelry;

   **b.** Furs and garments:

      **(1)** Trimmed with fur; or

      **(2)** Consisting principally of fur;

   **c.** Cameras, projection machines, films and related articles of equipment;

   **d.** Musical equipment and related articles of equipment;

   **e.** Silverware, silver-plated ware, goldware, gold-plated ware and pewterware, but excluding:

      **(1)** Pens or pencils;

      **(2)** Flasks;

      **(3)** Smoking implements; or

      **(4)** Jewelry; and

Includes copyrighted material of Insurance Services Offices, Inc.,
with its permission, 1999, 2001, 2002
Contains copyrighted material of American Association of Insurance Services,
with its permission, 2006

    f. Golfers equipment meaning golf clubs, golf clothing and golf equipment.

Personal Property Replacement Cost loss settlement will not apply to other classes of property separately described and specifically insured.

## B. Ineligible Property

Property listed below is not eligible for replacement cost loss settlement. Any loss will be settled at actual cash value at the time of loss but not more than the amount required to repair or replace.

1. Antiques, fine arts, paintings and similar articles of rarity or antiquity which cannot be replaced.

2. Memorabilia, souvenirs, collectors items and similar articles whose age or history contribute to their value.

3. Articles not maintained in good or workable condition.

4. Articles that are outdated or obsolete and are stored or not being used.

## C. Replacement Cost Loss Settlement Condition

The following loss settlement condition applies to all property described in **A.** above:

1. We will pay no more than the least of the following amounts:

    a. Replacement cost at the time of loss without deduction for depreciation;

    b. The full cost of repair at the time of loss;

    c. The limit of liability that applies to Coverage **C**, if applicable;

    d. Any applicable special limits of liability stated in this policy; or

    e. For loss to any item described in **A. 2. a. - f.** above, the limit of liability that applies to the item.

2. If the cost to repair or replace the property described in **A.** above is more than $500, we will pay no more than the actual cash value for the loss until the actual repair or replacement is complete.

3. You may make a claim for loss on an actual cash value basis and then make claim for any additional liability in accordance with this endorsement provided you notify us of your intent to do so within 180 days after the date of loss.

## 3. Increased Special Limits - Coverage C - Personal Property

In **Form HO 00 02** and **Form HO 00 03** we agree to increase the **Special Limits of Liability** under **SECTION I - PROPERTY COVERAGES - Coverage C - Personal Property** to the amount shown below:

**a.** $1,000 on money, bank notes, bullion, gold other than goldware, silver other than silverware, platinum other than platinumware, coins, medals, scrip, stored value cards and smart cards.

**b.** $5,000 on securities, accounts, deeds, evidences of debt, letters of credit, notes other than bank notes, manuscripts, personal records, passports, tickets and stamps. This dollar limit applies to these categories regardless of the medium (such as paper or computer software) on which the material exists.

This limit includes the cost to research, replace or restore the information from the lost or damaged material.

**d.** $2,000 on trailers or semitrailers not used with watercraft of all types.

**e.** $5,000 for loss by theft of jewelry, watches, furs, precious and semiprecious stones subject to a limit of $1,500 per article.

**f.** $5,000 for loss by theft of firearms and related equipment.

**g.** $10,000 for loss by theft of silverware, silver-plated ware, goldware, gold-plated ware, platinumware, platinum-plated ware and pewterware. This includes flatware, holloware, tea sets, trays and trophies made of or including silver, gold or pewter.

In **Form HO 00 05** we agree to increase the **Special Limits of Liability** under **SECTION I - PROPERTY COVERAGES - Coverage C - Personal Property** to the amount shown below:

Includes copyrighted material of Insurance Services Offices, Inc., with its permission, 1999, 2001, 2002
Contains copyrighted material of American Association of Insurance Services, with its permission, 2006

a. $1,000 on money, bank notes, bullion, gold other than goldware, silver other than silverware, platinum other than platinumware, coins, medals, scrip, stored value cards and smart cards.

b. $5,000 on securities, accounts, deeds, evidences of debt, letters of credit, notes other than bank notes, manuscripts, personal records, passports, tickets and stamps. This dollar limit applies to these categories regardless of the medium (such as paper or computer software) on which the material exists.

This limit includes the cost to research, replace or restore the information from the lost or damaged material.

d. $2,000 on trailers or semitrailers not used with watercraft of all types.

e. $5,000 for loss by theft, misplacing or losing of jewelry, watches, furs, precious and semiprecious stones subject to a limit of $1,500 per article.

f. $5,000 for loss by theft, misplacing or losing of firearms and related equipment.

g. $10,000 for loss by theft, misplacing or losing of silverware, silver-plated ware, goldware, gold-plated ware, platinumware, platinum-plated ware and pewterware. This includes flatware, hollowware, tea sets, trays and trophies made of or including silver, gold or pewter.

**4. Increased Credit Card, Electronic Fund Transfer Card or Access Device, Forgery and Counterfeit Money Coverage.**

The limit of liability for **SECTION I - Additional Coverages, 6. Credit Card, Electronic Fund Transfer Card or Access Device, Forgery and Counterfeit Money** is increased to $10,000.

**5. Landslide**

**SECTION I - EXCLUSIONS**

**A.2. Earth Movement** in Form **HO 00 03**

**A.2. Earth Movement** in Form **HO 00 05**

**2. Earth Movement** in **HO 00 02** is deleted and replaced by the following:

**Earth Movement**

We insure for direct loss to covered property by landslide.

We do not cover loss:

a. Caused directly or indirectly by earth movement meaning earthquake, including land shock waves or tremors before, during or after a volcanic eruption; mudslide or mudflow; subsidence or sinkhole; or any other earth movement including earth sinking, rising or shifting caused by or resulting from human or animal forces or any act of nature unless direct loss by fire or explosion ensues and then we will pay only for the ensuing loss.

b. To outdoor equipment, fences, driveways, walks, pavements, patios, swimming pools or retaining walls and bulkheads which are not part of the dwelling.

This exclusion does not apply to loss by theft.

**6. Collapse Caused By Underground Water**

**SECTION I - EXCLUSIONS**

**A.3. Water Damage** in Form **HO 00 03**

**A.3. Water Damage** in Form **HO 00 05**

**3. Water Damage** in Form **HO 00 02**

paragraph c. is deleted and replaced by:

c. Water or water-borne material below the surface of the ground, including water which exerts pressure on, or seeps or leaks through a building, sidewalk, driveway, foundation, swimming pool or other structure. If such water or water-borne material causes the collapse of a building or any part of a building, we cover loss caused by the collapse. Collapse does not include cracking, bulging, sagging, bending, leaning, setting, shrinkage or expansion.

**7. Refrigerated Property Coverage**

**DEFINITIONS**

The following definition is added:

"Loss of power" means the complete or partial interruption of electric power due to conditions beyond an "insured's" control.

**COVERAGE**

A. We insure, for up to $2,500, covered property stored in freezers or refrigerators on the "residence premises" for direct loss caused by:

1. "Loss of power" to the refrigeration unit. "Loss of power" must be caused by damage to:

Includes copyrighted material of Insurance Services Offices, Inc., with its permission, 1999, 2001, 2002
Contains copyrighted material of American Association of Insurance Services, with its permission, 2006

    **a.** Generating equipment; or

    **b.** Transmitting equipment; or

**2.** Mechanical failure of the unit which stores the property.

**B.** Coverage will apply only if you have maintained the refrigeration unit in proper working condition immediately prior to the loss.

**C.** This endorsement does not increase the limit of liability for Coverage **C**.

### SPECIAL DEDUCTIBLE

The following will replace any other deductible provision in this policy with respect to loss covered under this coverage.

We will pay only part of the total of all loss payable that exceeds $100. No other deductible applies to this coverage.

### EXCEPTION TO POWER FAILURE EXCLUSION

The Power Failure exclusion does not apply to this coverage.

**8. Debris Removal Coverage**

We will pay the reasonable expense incurred by you in the removal of debris of trees, shrubs and plants when the loss is caused by windstorm, hail or weight of ice, snow or sleet. Our limit of liability for this coverage shall not exceed $1,000 per tree, shrub, or plant subject to $5,000 total per loss.

No deductible applies to this coverage.

**9. Increased Loss Assessment Coverage**

The limit of liability for **SECTION I - Additional Coverages, 7. Loss Assessment** is increased to $5,000.

**10. Increased Ordinance Or Law Coverage**

The limit of liability for **SECTION I - Additional Coverages, 11. Ordinance or Law** is increased to 20%.

**11. Fire Extinguisher Coverage**

We will pay the reasonable expense incurred by you to recharge or replace portable fire extinguishers used to fight a fire on the "residence premises".

No deductible applies to the coverage.

**12. Lock and Garage Door Transmitter Coverage**

We will pay the reasonable expense incurred by you to replace locks or garage door transmitters when your keys or the transmitter is lost or stolen. Our limit of liability for this coverage shall not exceed $500 for any one occurrence.

No deductible applies to this coverage.

**13. Identity Fraud Expense With Resolution Service**

### DEFINITIONS

With respect to the provisions of this endorsement only, the following definitions are added:

**A.** "Identify fraud" means the act of knowingly transferring or using, without lawful authority, a means of identification of an "insured" with the intent to commit, or to aid or abet another to commit, any unlawful activity that constitutes a violation of federal law or a felony under any applicable state or local law.

**B.** "Expense" means:

**1.** Costs for notarizing affidavits or similar documents attesting to fraud required by financial institutions or similar credit grantors or credit agencies.

**2.** Costs for certified mail to law enforcement agencies, credit agencies, financial institutions or similar credit grantors.

**3.** Lost income resulting from time taken off work to complete fraud affidavits, meet with or talk to law enforcement agencies, credit agencies and/or legal counsel, up to a maximum payment of $200 per day. Total payment for lost income is not to exceed $5,000.

**4.** Loan application fees for re-applying for a loan or loans when the original application is rejected solely because the lender received incorrect credit information.

**5.** Reasonable attorney fees incurred as a result of "identity fraud" to:

Includes copyrighted material of Insurance Services Offices, Inc.,
with its permission, 1999, 2001, 2002
Contains copyrighted material of American Association of Insurance Services,
with its permission, 2006

**a.** Defend lawsuits brought against an "insured" by merchants, financial institutions or their collection agencies;

**b.** Remove any criminal or civil judgments wrongly entered against an "insured"; and

**c.** Challenge the accuracy or completeness of any information in a consumer credit report.

**6.** Charges incurred for long distance telephone calls to merchants, law enforcement agencies, financial institutions or similar credit grantors, or credit agencies to report or discuss an actual "identity fraud".

The following is added to **SECTION I - E. Additional Coverages**:

**Identity Fraud Expense**

We will pay up to $15,000 for "expenses" incurred by an "insured" as the direct result of any one "identity fraud" first discovered or learned of during the policy period.

Any act or series of acts committed by one or more persons, or in which such person or persons are aiding or abetting others against an "insured", is considered to be one "identity fraud", even if a series of acts continues into a subsequent policy period.

This coverage is additional insurance.

**EXCLUSIONS**

The following additional exclusions apply to this coverage:

We do not cover:

**A.** Loss arising out of or in connection with a "business".

**B.** "Expenses" incurred due to any fraudulent, dishonest or criminal act by an "insured" or any person aiding or abetting an "insured", or by any authorized representative of an "insured", whether acting alone or in collusion with others.

**C.** Loss other than "expenses".

**SPECIAL DEDUCTIBLE**

We will pay only that part of the loss that exceeds $250. No other deductible applies to "identity fraud" expense coverage.

**SECTION I - CONDITIONS**

**B.  Duties After Loss**

The following is added:

Send to us, within 60 days after our request, receipts, bills or other records that support your claim for "expenses" under "identity fraud" coverage.

**14. Water Back-Up of Sewers or Drains**

**COVERAGE**

We insure for direct physical loss, not caused by the negligence of an "insured", to property covered under Section I caused by water, or water-borne material, which:

**A.** Backs up through sewers or drains;

**B.** Overflows or is discharged from a:

**1.** Sump, sump pump; or

**2.** Related equipment;

even if such overflow or discharge results from mechanical breakdown. This coverage does not apply to direct physical loss of the sump pump, or related equipment, which is caused by mechanical breakdown.

This coverage does not increase the limits of liability for Coverages **A, B, C** or **D** stated in the Declarations.

**SECTION I - PERILS INSURED AGAINST**

With respect to the coverage described in **A.** above, Paragraph:

**A.2.c.(6)(b)** in Form **HO 00 03**;

**A.2.e.(2)** in Form **HO 00 05**;

is deleted and replaced by the following:

Latent defect, inherent vice, or any quality in property that causes it to damage or destroy itself;

**EXCLUSIONS**

The Water Damage exclusion is deleted and replaced by the following:

Water Damage, meaning:

**A.** Flood, surface water, waves, tidal water, overflow of a body of water, or spray from any of these, whether or not driven by wind;

**B.** Water, or water-borne material, which:

**1.** Backs up through sewers or drains; or

**2.** Overflows or is discharged from a sump, sump pump or related equipment;

as a direct or indirect result of flood; or

Includes copyrighted material of Insurance Services Offices, Inc.,
with its permission, 1999, 2001, 2002
Contains copyrighted material of American Association of Insurance Services,
with its permission, 2006

**C.** Water, or water-borne material, below the surface of the ground, including water which:

  **1.** Exerts pressure on; or

  **2.** Seeps or leaks through;

a building, sidewalk, driveway, foundation, swimming pool or other structure;

caused by or resulting from human or animal forces or any act of nature.

Direct loss by fire or explosion resulting from water damage is covered.

Our Limit of Liability for any one loss is $5,000.

**15. Equipment Breakdown Coverage**

**DEFINITIONS**

The following definitions are added:

**A.** "Accident" means sudden and accidental:

  **1.** mechanical or electrical breakdown; or

  **2.** tearing apart, cracking, burning or bulging of a steam or hot water heating system, or an air conditioning system;

  that results in direct physical damage to "covered equipment".

**B.** "Covered equipment"

  **1.** "Covered equipment" means property covered under Coverage **A** - Dwelling or Coverage **B** - Other Structures, that:

    **a.** generates, transmits or utilizes energy; or

    **b.** during normal usage, operates under vacuum or pressure, other than the weight of its contents.

  **2.** However, "covered equipment" does not include:

    **a.** supporting structures, cabinets or compartments;

    **b.** insulating material associated with "covered equipment";

    **c.** sewer piping, buried vessels or piping or piping forming a part of a fire protective sprinkler system;

    **d.** water piping other than boiler feedwater piping, boiler condensate return piping or water piping forming a part of a refrigerating or air conditioning system;

    **e.** kitchen or laundry appliances, other than those permanently installed, including, but not limited to, refrigerators, dishwashers, ovens, stoves, clothes washers or clothes dryers; or

    **f.** electronic entertainment or computer equipment, including but not limited to, television and stereo equipment, or any electronic component used with such electronic entertainment or computer equipment.

**C.** "One accident" means:

If an initial "accident" causes other "accidents", all will be considered "one accident". All "accidents" that are the result of the same event will be considered "one accident".

**SECTION I - PROPERTY COVERAGES**

The following coverages are added:

**A. Equipment Breakdown Coverage**

Subject to all the terms of this coverage, we pay for direct physical damage to "covered equipment" that is the result of an "accident". The most we pay for any "one accident" is $50,000.

The coverage provided does not apply to any property that is not "covered equipment", except as provided under the Refrigerated Property terms of this coverage.

This coverage does not increase the limits that apply to the property covered.

**B. Loss of Use**

**Additional Living Expense** and **Fair Rental Value**, as defined under Coverage **D** - Loss of Use is extended to this coverage.

With respect to this coverage, the most we pay under Coverage **D** - Loss of Use is $1,000 for any "one accident". However, this coverage does not increase the Equipment Breakdown limit for any "one accident".

The limit shown on the Declarations for Coverage **D** - Loss of Use does not apply to this coverage.

Includes copyrighted material of Insurance Services Offices, Inc.,
with its permission, 1999, 2001, 2002
Contains copyrighted material of American Association of Insurance Services,
with its permission, 2006

### C. Refrigerated Property Coverage

We pay for:

1. direct loss to covered property stored in a freezer or refrigerated unit on the residence premises caused by an "accident" unless otherwise excluded.

2. any necessary expenses incurred by you to reduce the amount of loss that otherwise would have been payable under this coverage.

With respect to the coverage provided, the most we pay under Refrigerated Property Coverage is $500 for any "one accident". However, this coverage does not increase the Equipment Breakdown limit for any "one accident".

### D. Expediting Expenses

When an "equipment breakdown" results in damage to covered property, we pay the reasonable cost to:

1. make temporary repairs;

2. expedite permanent repairs; and

3. expedite permanent replacement.

Reasonable cost means the extra cost of temporary repair and of expediting the repair of your damaged property, including overtime and the extra cost of express or other rapid means of transportation.

### EXCLUSIONS

A. The following exclusions are added with respect to the coverage provided:

1. We do not pay for loss, damage or expense caused by or resulting from electrical power surge or brown out.

2. We do not pay for loss, damage or expense caused by wear and tear, deterioration, rust or other corrosion.

B. We do not pay for any property that is not "covered equipment" except for refrigerated property to the extent it is covered under Refrigerated Property Coverage.

### SPECIAL DEDUCTIBLE

The following will replace any other deductible provision in this policy with respect to loss covered under this coverage.

We will pay only that part of the total of all loss payable that exceeds $500. No other deductible applies to this coverage.

### CONDITIONS

The following conditions are added:

### A. Environmental, Safety and Efficiency Improvements

If "covered equipment" must be replaced due to an "accident", we pay the additional cost to replace such "covered equipment" with equipment that is better for the environment, safer or more efficient than the equipment being replaced.

However, the amount we pay to replace "covered equipment" as described above is limited to 125% of the amount we would have paid to replace "covered equipment" with property that is equivalent to the equipment being replaced.

This condition does not increase the limit that applies to the property covered.

### B. Loss Settlement

Covered property losses are settled as follows:

1. Our payment for damaged covered property will be the smallest of:

   a. the limit that applies to this coverage;

   b. the cost to repair the damaged property;

   c. the cost to replace the damaged property on the same premises; or

   d. the necessary amount actually spent to repair or replace the damaged property.

2. Except as described in Environmental, Safety and Efficiency Improvements conditions, you are responsible for the extra cost of replacing damaged property with property of a better kind or quality or of a different size or capacity.

3. If you do not repair or replace the damaged property within 24 months after the date of the "accident", then we will pay only the smaller of:

   a. the cost to repair or replace the damage at the time of the "accident"; or

   b. the actual cash value of the damaged property at the time of the "accident".

Includes copyrighted material of Insurance Services Offices, Inc., with its permission, 1999, 2001, 2002
Contains copyrighted material of American Association of Insurance Services, with its permission, 2006

### 16. Increased Damage To Property Of Others Coverage

The limit of liability for **SECTION II - ADDITIONAL COVERAGE, C. Damage to Property of Others** is increased to $2,000.

### 17. Personal Injury Coverage

#### DEFINITIONS

The following definitions are added:

"Personal injury" means injury arising out of one or more of the following offenses, but only if the offense was committed during the policy period:

**A.** False arrest, detention or imprisonment;

**B.** Malicious prosecution;

**C.** The wrongful eviction from, wrongful entry into, or invasion of the right of private occupancy of a room, dwelling or premises that a person occupies, committed by or on behalf of its owner, landlord or lessor;

**D.** Oral or written publication of material that slanders or libels a person or organization or disparages a person's or organization's goods, products or services; or

**E.** Oral or written publication of material that violates a person's right of privacy.

"Fungi" means any type or form of fungus, including mold or mildew, and any mycotoxins, spores, scents or by-products produced or released by fungi.

However, this does not include any fungi that are, are on, or are contained in, a good or product intended for consumption.

#### SECTION II - LIABILITY COVERAGES

#### Coverage E - Personal Liability

The following is added to Coverage **E** - Personal Liability:

#### Personal Injury Coverage

If a claim is made or suit is brought against an "insured" for damages resulting from an offense, defined under "personal injury", to which this coverage applies, we will:

**1.** Pay up to our limit of liability for the damages for which an "insured" is legally liable. Damages include prejudgment interest awarded against an "insured"; and

**2.** Provide a defense at our expense by counsel of our choice, even if the suit is groundless, false or fraudulent. We may investigate and settle any claim or suit that we decide is appropriate. Our duty to settle or defend ends when our limit of liability for the offense has been exhausted by payment of a judgment or settlement.

#### SECTION II - EXCLUSIONS

With respect to the coverage provided by this endorsement, **Section II - Exclusions** is deleted and replaced by the following:

This insurance does not apply to:

**A.** "Personal Injury":

**1.** Caused by or at the direction of an "insured" with the knowledge that the act would violate the rights of another and would inflict "personal injury";

**2.** Arising out of oral or written publication of material, if done by or at the direction of an "insured" with knowledge of its falsity;

**3.** Arising out of oral or written publication of material whose first publication took place before the beginning of the policy period;

**4.** Arising out of a criminal act committed by or at the direction of an "insured";

**5.** Arising out of a liability assumed by an "insured" under any contract or agreement except any indemnity obligation assumed by an "insured" under a written contract directly relating to the ownership, maintenance or use of the premises;

**6.** Sustained by any person as a result of an offense directly or indirectly related to the employment of this person by an "insured";

**7.** Arising out of or in connection with a "business" conducted from an "insured location" or engaged in by an "insured", whether or not the "business" is owned or operated by an "insured" or employs an "insured". This exclusion applies but is not limited to an act or omission, regardless of its nature or circumstance, involving a service or duty rendered, promised, owed, or implied to be provided because of the nature of the "business".

Includes copyrighted material of Insurance Services Offices, Inc., with its permission, 1999, 2001, 2002
Contains copyrighted material of American Association of Insurance Services, with its permission, 2006

3103 (06-15)                                                                                    Page 8 of 10

This exclusion does not apply to:

**a.** The rental or holding for rental of an "insured location";

**(1)** On an occasional basis if used only as a residence;

**(2)** In part for use only as a residence, unless a single family unit is intended for use by the occupying family to lodge more than two roomers or boarders; or

**(3)** In part, as an office, school, studio or private garage; and

**b.** An "insured" under the age of 21 years involved in a part-time or occasional self-employed "business" with no employees.

**8.** Arising out of civic or public activities performed for pay by an "insured";

**9.** To you or an "insured" as defined under Definition **5.a.** or **b.**;

This exclusion also applies to any claim made or suit brought against you or an "insured":

**a.** To repay; or

**b.** Share damages with; or

Another person who may be obligated to pay damages because of "personal injury" to an "insured"; or

**10.** Arising out of the actual, alleged or threatened discharge, dispersal, seepage, migration, release or escape of pollutants at any time.

Pollutants means any solid, liquid, gaseous or thermal irritant or contaminant, including smoke, vapor, soot, fumes, acids, alkalis, chemicals and waste. Waste includes materials to be recycled, reconditioned or reclaimed.

**11.** Arising directly or indirectly, in whole or in part, out of the actual, alleged or threatened inhalation of, ingestion of, contact with, exposure to, existence of, or presence of any "fungi", wet or dry rot, or bacteria.

**B.** Any loss, cost or expense arising out of any:

**1.** Request, demand or order that an "insured" or others test for, monitor, clean up, remove, contain, treat, detoxify or neutralize, or in any way respond to, or assess the effects of pollutants, "fungi", wet or dry rot, or bacteria; or

**2.** Claim or suit by or on behalf of a governmental authority for damages because of testing for, monitoring, clean up, removing, containing, treating, detoxifying or neutralizing, or in any way responding to, or assessing the effects of pollutants, "fungi", wet or dry rot, or bacteria.

**SECTION II - ADDITIONAL COVERAGES**

With respect to the coverage provided by this endorsement, Paragraph **D. Loss Assessment** is deleted and replaced by the following:

**D. Loss Assessment**

We will pay up to $5,000 for your share of loss assessment charged against you, as an owner or tenant of the "residence premises", during the policy period by a corporation or association of property owners, when the assessment is made as a result of "personal injury" not excluded under this endorsement.

We do not cover assessments charged against you or a corporation or association of property owners by any governmental body.

Regardless of the number of assessments, the limit of $5,000 is the most we will pay for loss arising out of "personal injury".

**SECTION II - CONDITIONS**

With respect to the coverage provided by this endorsement, Section **II** - Condition **I**. Policy Period does not apply and Conditions **A. Limit Of Liability, B. Severability Of Insurance** and **C. Duties After "Occurrence"** are deleted and replaced by the following:

**A. Limit of Liability**

Our total liability under "Personal Injury" Coverage for all damages resulting from any one offense will not be more than the limit of liability shown in the Declarations for Coverage **E**. This limit is the same regardless of the number of "insureds", claims made or suits brought.

Includes copyrighted material of Insurance Services Offices, Inc., with its permission, 1999, 2001, 2002
Contains copyrighted material of American Association of Insurance Services, with its permission, 2006

3103 (06-15)                                                                                     Page 9 of 10

**B. Severability Of Insurance**

This insurance applies separately to each "insured". This condition will not increase our limit of liability for any one offense.

**C. Duties After Offense**

In the event of a covered offense, you or another "insured" will perform the following duties that apply. We have no duty to provide coverage under this policy if your failure to comply with the following duties is prejudicial to us. You will help us by seeing that these duties are performed:

1. Give written notice to us or our agent as soon as is practical, which sets forth:

   a. The identity of the policy and "named insured";

   b. Reasonably available information on the time, place and circumstances of the offense; and

   c. Names and addresses of any claimants and witnesses;

2. Cooperate with us in the investigation, settlement or defense of any claim or suit;

3. Promptly forward to us every notice, demand, summons or other process relating to the offense;

4. At our request, help us:

   a. a. To make settlement;

   b. b. To enforce any right of contribution or indemnity against any person or organization who may be liable to an "insured";

   c. c. With the conduct of suits and attend hearings and trials; and

   d. d. To secure and give evidence and obtain the attendance of witnesses.

5. No "insured" shall, except at such "insured's" own cost, voluntarily make payment, assume obligation or incur expense other than for first aid to others at the time of the "personal injury".

All other policy provisions apply, including policy deductible for Section I, unless otherwise specified.

**PEKIN INSURANCE COMPANY**
**FARMERS AUTOMOBILE INSURANCE ASSOCIATION**

Includes copyrighted material of Insurance Services Offices, Inc.,
with its permission, 1999, 2001, 2002
Contains copyrighted material of American Association of Insurance Services,
with its permission, 2006

3103 (06-15)                                                                 Page 10 of 10

# WATER BACK-UP OF SEWERS OR DRAINS

**A. Coverage**

We insure for direct physical loss, not caused by the negligence of an "insured", to property covered under Section **I** caused by water, or water-borne material, which:

**1.** Backs up through sewers or drains; or

**2.** Overflows or is discharged from a:

    **a.** Sump, sump pump; or

    **b.** Related equipment;

    even if such overflow or discharge results from mechanical breakdown. This coverage does not apply to direct physical loss of the sump pump, or related equipment, which is caused by mechanical breakdown.

This coverage does not increase the limits of liability for Coverages **A, B, C** or **D** stated in the Declarations.

**B. Section I -Perils Insured Against**

With respect to the coverage described in **A.** above, Paragraph:

**A.2.c.(6)(b)** in Form **HO 00 03;**

**A.2.e.(2)** in Form **HO 00 05;**

**3.j.(2)** in Endorsement **HO 17 31;** and

**2.c.(6)(b)** in Endorsement **HO 17 32;**

is deleted and replaced by the following:

Latent defect, inherent vice, or any quality in property that causes it to damage or destroy itself;

**C. Exclusion**

The Water Damage exclusion is deleted and replaced by the following:

Water Damage, meaning:

**a.** Flood, surface water, waves, tidal water, overflow of a body of water, or spray from any of these, whether or not driven by wind;

**b.** Water, or water-borne material, which:

    **(1)** Backs up through sewers or drains; or

    **(2)** Overflows or is discharged from a sump, sump pump or related equipment;

    as a direct or indirect result of flood; or

**c.** Water, or water-borne material, below the surface of the ground, including water which:

    **(1)** Exerts pressure on; or

    **(2)** Seeps or leaks through;

    a building, sidewalk, driveway, foundation, swimming pool or other structure;

caused by or resulting from human or animal forces or any act of nature.

Direct loss by fire or explosion resulting from water damage is covered.

All other provisions of this policy apply.

**The Limit of Liability for any one loss is $10,000**

**PEKIN INSURANCE COMPANY**
**FARMERS AUTOMOBILE INSURANCE ASSOCIATION**

Includes copyrighted material of Insurance Services Office,. Inc., with its permission;1999

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# PREMISES ALARM OR FIRE PROTECTION SYSTEM

We acknowledge the installation of an alarm system and/or automatic sprinkler system approved by us on the "residence premises". You agree to maintain this system or systems, for which we have granted a credit, in working order and to let us know promptly of any change, including removal, made to the system(s).

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# EXCLUSION OF FARM EMPLOYEES
# ILLEGALLY EMPLOYED

**SECTION II - EXCLUSION**

We do not cover under:

**1.** Coverage **E** - Personal Liability; and

**2.** Coverage **F** - Medical Payments To Others;

any "bodily injury" to a "farm employee" employed in violation of law with the knowledge of an "insured".

 Copyright, Insurance Services Office, Inc., 1999

THIS ENDORSEMENT DOES **NOT** CONSTITUTE A REDUCTION OF COVERAGE.

# <u>NO</u> SECTION II - LIABILITY COVERAGES FOR HOME DAY CARE BUSINESS
# <u>LIMITED</u> SECTION I - PROPERTY COVERAGES FOR HOME DAY CARE BUSINESS

**A.** "Business", as defined in the policy, means:

    **1.** A trade, profession or occupation engaged in on a full-time, part-time, or occasional basis; or

    **2.** Any other activity engaged in for money or other compensation, except the following:

        **a.** One or more activities:

           **(1)** Not described in **b.** through **d.** below; and

           **(2)** For which no "insured" receives more than $2000 in total compensation for the 12 months before the beginning of the policy period;

        **b.** Volunteer activities for which no money is received other than payment for expenses incurred to perform the activity;

        **c.** Providing home day care services for which no compensation is received, other than the mutual exchange of such services; or

        **d.** The rendering of home day care services to a relative of an "insured".

**B.** If an "insured" regularly provides home day care services to a person or persons other than "insureds" as their trade, profession or occupation, that service is a "business".

**C.** If home day care service is not a given "insured's" trade, profession or occupation but is an activity:

    **1.** That an "insured" engages in for money or other compensation; and

    **2.** From which an "insured" receives more than $2,000 in total/combined compensation from it and any other activity for the 12 months before the beginning of the policy period;

the home day care service and other activity will be considered a "business".

**D.** With respect to **C.** above, home day care service is only an example of an activity engaged in for money that may be a "business". Any single activity or combination of activities:

    **1.** Described in **A.2.** above, and

    **2.** Engaged in for money by a single "insured";

may be considered a "business" if the $2000 threshold is exceeded.

**E.** With respect to **A.** through **D.** above, coverage does not apply to or is limited with respect to home day care service which is a "business". For example, this policy:

    **1.** Does not provide:

        **a.** Section **II** coverages. This is because a "business" of an "insured" is excluded under **E.2.** of Section **II** - Exclusions;

        **b.** Coverage, under Section **I**, for other structures from which any "business" is conducted; and

    **2.** Limits Section **I** coverage, under Coverage **C** - Special Limits of Liability, for "business" property:

        **a.** On the "residence premises" for the home day care "business" to $2,500. This is because Category **h.** (**e.** in Form **HO 00 08**) imposes that limit on business" property on the "residence premises";

        **b.** Away from the "residence premises" for the home day care "business" to $500. This is because Category **i.** (**f.** in Form **HO 00 08**) imposes that limit on "business" property away from the "residence premises". Category **i.** does not apply to property described in Categories **j.** and **k.** (**g.** and **h.** respectively in Form **HO 00 08**).

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# SCHEDULED PERSONAL PROPERTY
# AGREED VALUE LOSS SETTLEMENT ENDORSEMENT

**AMOUNTS OF INSURANCE - SCHEDULED PROPERTY**
We cover the classes of personal property indicated by an amount of insurance.

| Class of Personal Property | Amount of Insurance |
|---|---|
| 1. **Jewelry,** as scheduled. | $ 3,753 |
| 2. **Furs** and garments trimmed with fur or consisting principally of fur, as scheduled. | |
| 3. **Cameras,** projection machines, films and related articles of equipment, as scheduled. | |
| 4. **Musical Instruments** and related articles of equipment, as scheduled. You agree not to perform with these instruments for pay. | |
| 5. **Silverware,** silver-plated ware, goldware, gold-plated ware and pewterware, but excluding pens, pencils, flasks, smoking implements or jewelry. | |
| 6. **Golfer's equipment** meaning golf clubs, golf clothing and golf equipment. | |
| 7 **Collections,** as scheduled. This premium is based on your statement that the property insured is located at the following address: | |
| 7.b. For an additional premium, paragraph **5.b.** under **Perils Insured Against** is deleted only for the articles indicating breakage coverage is included in the schedule. | Amount of **7.b.** only |
| 8. **Stamp Collections** | |
| 9. **Coin Collections** | |

THE AMOUNTS SHOWN FOR EACH ITEM IN THE SCHEDULE ARE LIMITED BY CONDITION **F.2. LOSS SETTLEMENT** OF THIS ENDORSEMENT.

THE DEDUCTIBLE SHOWN PER CLASS IN THE ENDORSEMENT WILL APPLY.

**A. NEWLY ACQUIRED PROPERTY Jewelry, Furs, Cameras and Musical Instruments Only**

We cover newly acquired property of a class of property already insured. The lesser of the following limits applies:

1. 25% of the amount of insurance for that class of property; or

2. $10,000.

When you acquire new property you must:

1. Report these objects to us within 30 days; and

2. Pay the additional premium from the date acquired.

**B. NEWLY ACQUIRED COLLECTIONS**

When Collections are scheduled, we cover objects of art acquired during the policy period for their actual cash value. However, we will pay no more than 25% of the amount of insurance for Collections scheduled. For coverage to apply for newly acquired Collections you must:

1. Report these objects to us within 90 days; and

2. Pay the additional premium from the date acquired.

**C. PERILS INSURED AGAINST**

We insure for all risks of direct physical loss to the property described except:

1. Wear and tear, deterioration or inherent vice;

2. Loss caused by insects or vermin;

3. War, including the following and any consequence of any of the following:

   a. undeclared war, civil war, insurrection, rebellion or revolution;

   b. warlike act by a military force or military personnel; or

   c. destruction, seizure or use for a military purpose.

   Discharge of a nuclear weapon will be deemed a warlike act even if accidental.

4. Nuclear Hazard to the extent set forth in the Nuclear Hazard Clause of Section I - Conditions.

5. If Collections are covered:

   a. damage caused by any repairing, restoration or retouching;

   b. breakage of art glass windows, glassware, statuary, marble, bric-a-brac, porcelains and similar fragile articles. We cover loss by breakage if caused by:

      (1) fire or lightning;

      (2) explosion, aircraft or collision;

      (3) windstorm, earthquake or flood;

      (4) malicious damage or theft; or

      (5) derailment or overturn of a conveyance; or

   c. loss to property exhibited at fair grounds or premises of national or international expositions unless the premises are covered by this policy.

6. If Stamp Collections or Coin Collections are covered:

   a. fading, creasing, denting, scratching, tearing or thinning;

   b. transfer of colors, inherent defect, dampness, extremes of temperature or depreciation;

   c. any damage from being handled or worked on;

   d. disappearance of individual stamps, coins or other articles unless the item is:

      (1) described and scheduled with a specific amount of insurance; or

      (2) mounted in a volume and the page it is attached to is also lost;

   e. loss to property in the custody of transportation companies;

   f. shipments by mail other than registered mail; or

   g. loss to property not part of a stamp or coin collection.

**D. TERRITORIAL LIMITS**

We cover the property described worldwide.

**E. SPECIAL PROVISIONS**

1. Collections: You agree that the covered property will be handled by competent packers.

2. Golfer's Equipment includes your other clothing while contained in a locker when you are playing golf. We cover golf balls for loss by fire or burglary provided there are visible marks of forcible entry into the building, room or locker.

Includes copyrighted material of Insurance Services Office, Inc. with its permission, 1977, 1982, 1999, 2002

3. Stamp Collections include the following owned by or in the custody or control of the insured:

   a. due, envelope, official, revenue, match and medical stamps;

   b. covers, locals, reprints, essays, proofs and other philatelic property; or

   c. books, pages and mountings of items in **a. and b.**

4. Coin Collections include the following owned by or in the custody or control of the insured:

   a. medals, paper money and bank notes;

   b. tokens of money and other numismatic property; or

   c. coin albums, containers, frames, cards and display cabinets in use with the collection.

**F. CONDITIONS**

   **1. Loss Clause**

     The amount of insurance under this endorsement will not be reduced except for a total loss of a scheduled article.

   **2. Loss Settlement**

     Covered property losses are settled as follows:

     **Agreed Value Loss Settlement - Scheduled Property Only**

a. We will pay the full amount shown in the Schedule for each article or item. That amount is agreed to be the value of the article or item.

   At our request you will surrender the article or item to us if not lost or stolen.

b. If the article or item is a pair or set, or consists of several parts when complete:

   (1) We will pay the full amount shown in the Schedule for that pair, set or complete article or item; and

   (2) At our request, you will surrender it to us if it is not lost or stolen.

c. In the event a lost or stolen article or item is recovered, you will surrender it to us.

d. We will, at your request, sell back to you, at a price you and we agree upon, any article or item you surrender to us to comply with the above terms.

**G. OPTIONS**

   Paragraph **5.b.** under **C. PERILS INSURED AGAINST** is deleted only for articles indicated in the Schedule as Collections including breakage coverage.

All other policy provisions apply.

**PEKIN INSURANCE COMPANY**
**FARMERS AUTOMOBILE INSURANCE ASSOCIATION**

**SCHEDULE***

| Article | Description | Amount of Insurance |
|---|---|---|
| JEWELRY ($1-$10,000) - AGREED VALUE (A $0.00 DEDUCTIBLE APPLIES TO ALL LOSSES) : | | |
| | 1. LADIES 1.41 CT T.W. DIAMOND STUD EARRINGS SET IN 14KT WHITE GOLD 3-PRONG MARTINI SETTINGS WITH HIGH POLISH FINISH; 2 ROUND SHAPE DIAMONDS 1.41 CT SI2-I1 CLARITY, H-I - . | $ 3,753 |
| | TOTAL | $ 3,753 |