

2505 Court Street • Pekin, Illinois 61558
(309) 346-1161 • www.pekininsurance.com

Exhibit B

Pursuant to Ohio Code 3999.21, we are required to advise you:

***"Any person who, with intent to defraud or knowing that he is facilitating a fraud against an insurer, submits an application or files a claim containing a false or deceptive statement is guilty of insurance fraud."***

January 7, 2022

DOUGLAS FISHER
2280 US ROUTE 68 S
XENIA OH 45385-7634

Claim Number: AB23571 – Douglas Fisher
Date of Loss: June 18, 2021

We have been notified of your loss which occurred on date of loss. Your claim has been closed without payment for the following reason.

☒ Your damages did not exceed your deductible.

☐ Per your request as you are working through the adverse carrier.

☐ Due to lack of response to our contact attempts.

☐ Other: **n/a**

Inquiries and replies on this claim should include the name of our insured, <u>Douglas Fisher</u>, and our claim number <u>AB23571</u>. Should you have any questions please contact me at the number listed below.

*Alex White*

ALEX WHITE – Adjuster
CLAIM DEPARTMENT
Phone: (888) 532-6291 Ext. 3137
Fax: (309)346-9466 **always reference your claim number**
Email: alexwhite@pekininsurance.com
dw