EXHIBIT C

## Coastal Claims Services, Inc

Coastal Claims Services
2650 N Dixie Freeway
New Smyrna Beach, Fl 32168
386-314-0074
www.coastalclaims.net

| | | | |
|---|---|---|---|
| Insured: | Doug Fisher | Home: | (937) 609-7809 |
| Property: | 2280 US Route 68<br>Xenia, OH 45385 | E-mail: | doug@fga-1.com |
| | | | |
| Claim Rep.: | John Dekker | Business: | (267) 261-0085 |
| Company: | Coastal Claims Services | E-mail: | john@coastalclaims.net |
| Business: | 2650 N Dixie Freeway<br>New Smyrna Beach, FL 32168 | | |
| | | | |
| Estimator: | John Dekker | Business: | (267) 261-0085 |
| Company: | Coastal Claims Services | E-mail: | john@coastalclaims.net |
| Business: | 2650 N Dixie Freeway<br>New Smyrna Beach, FL 32168 | | |

**Claim Number:** AB23571    **Policy Number:** 005547090    **Type of Loss:** Wind Damage

| | | | |
|---|---|---|---|
| Date of Loss: | 6/18/2021 12:00 AM | Date Received: | 6/4/2022 12:00 AM |
| Date Inspected: | | Date Entered: | 6/7/2022 2:22 PM |
| | | | |
| Price List: | OHDT8X_JUN22<br>Restoration/Service/Remodel | | |
| Estimate: | FISHER | | |

# Coastal Claims Services, Inc

Coastal Claims Services
2650 N Dixie Freeway
New Smyrna Beach, Fl 32168
386-314-0074
www.coastalclaims.net

## FISHER

### SKETCH1

### Main Level



### Roof1

| | | | | |
|---|---|---|---|---|
| 8251.53 | Surface Area | | 82.52 | Number of Squares |
| 618.45 | Total Perimeter Length | | 226.61 | Total Ridge Length |
| 54.99 | Total Hip Length | | | |

| DESCRIPTION | QUANTITY | UNIT PRICE | TAX | O&P | RCV | DEPREC. | ACV |
|---|---|---|---|---|---|---|---|
| **Roofing** | | | | | | | |
| 1. Tear off, haul and dispose of comp. shingles - Laminated | 82.52 SQ | 131.76 | 0.00 | 2,174.56 | 13,047.40 | (0.00) | 13,047.40 |
| 2. Remove Additional charge for steep roof - 7/12 to 9/12 slope | 82.52 SQ | 37.01 | 0.00 | 610.82 | 3,664.89 | (0.00) | 3,664.89 |
| 3. Roofing felt - 30 lb. | 82.52 SQ | 40.36 | 90.01 | 684.10 | 4,104.62 | (0.00) | 4,104.62 |
| 4. Re-nailing of roof sheathing - complete re-nail | 8,251.53 SF | 0.24 | 11.14 | 398.30 | 2,389.81 | (0.00) | 2,389.81 |
| 5. Asphalt starter - universal starter course | 618.45 LF | 2.54 | 25.88 | 319.36 | 1,916.10 | (0.00) | 1,916.10 |
| 6. Caulking - butyl rubber | 618.45 LF | 5.98 | 18.79 | 743.42 | 4,460.54 | (0.00) | 4,460.54 |
| 7. Laminated - comp. shingle rfg. - w/out felt | 95.00 SQ | 289.39 | 736.73 | 5,645.76 | 33,874.54 | (0.00) | 33,874.54 |
| 8. Additional charge for steep roof - 7/12 to 9/12 slope | 94.89 SQ | 64.54 | 0.00 | 1,224.84 | 7,349.04 | (0.00) | 7,349.04 |
| 9. R&R Ridge cap - High profile - composition shingles | 281.60 LF | 10.19 | 63.49 | 586.60 | 3,519.60 | (0.00) | 3,519.60 |
| **Flashing** | | | | | | | |
| 10. R&R Drip edge | 649.38 LF | 4.39 | 53.04 | 580.76 | 3,484.58 | (0.00) | 3,484.58 |
| 11. Step flashing | 105.33 LF | 9.25 | 10.95 | 197.06 | 1,182.31 | (0.00) | 1,182.31 |
| 12. R&R Flashing - L flashing - galvanized | 74.00 LF | 7.51 | 7.34 | 112.60 | 675.68 | (0.00) | 675.68 |
| 13. Valley metal | 285.48 LF | 7.16 | 39.12 | 416.62 | 2,499.78 | (0.00) | 2,499.78 |
| 14. Ice & water barrier | 856.44 SF | 2.02 | 21.39 | 350.28 | 2,101.68 | (0.00) | 2,101.68 |
| 15. R&R Chimney flashing - average (32" x 36") | 1.00 EA | 605.44 | 5.41 | 122.18 | 733.03 | (0.00) | 733.03 |
| 16. Apply roofing sealant/cement - per LF | 618.45 LF | 0.80 | 7.93 | 100.54 | 603.23 | (0.00) | 603.23 |
| **Ventilation** | | | | | | | |
| 17. R&R Roof vent - turtle type - Metal | 5.00 EA | 95.08 | 6.28 | 96.34 | 578.02 | (0.00) | 578.02 |
| **Pipe Jacks, Caps, and Collars** | | | | | | | |
| 18. R&R Flashing - pipe jack - lead | 4.00 EA | 120.63 | 12.50 | 99.00 | 594.02 | (0.00) | 594.02 |
| 19. R&R Furnace vent - rain cap and storm collar, 6" | 1.00 EA | 124.46 | 2.11 | 25.32 | 151.89 | (0.00) | 151.89 |

Coastal Claims Services
2650 N Dixie Freeway
New Smyrna Beach, Fl 32168
386-314-0074
www.coastalclaims.net

## CONTINUED - Roof1

| DESCRIPTION | QUANTITY | UNIT PRICE | TAX | O&P | RCV | DEPREC. | ACV |
|---|---|---|---|---|---|---|---|
| 20. Apply mastic around vent pipes to prevent leakage* | 10.00 EA | 37.58 | 0.48 | 75.26 | 451.54 | (0.00) | 451.54 |
| **Miscellaneous Items** | | | | | | | |
| 21. R&R Saddle or cricket - 26 to 50 SF | 1.00 EA | 386.79 | 11.85 | 79.74 | 478.38 | (0.00) | 478.38 |
| 22. Detach & Reset Gutter / downspout - aluminum - 6" | 666.45 LF | 4.34 | 0.00 | 578.48 | 3,470.87 | (0.00) | 3,470.87 |
| 23. R&R Gutter guard/screen | 618.45 LF | 4.15 | 52.18 | 523.76 | 3,142.50 | (0.00) | 3,142.50 |
| **--GENERALS--** | | | | | | | |
| 24. Temporary toilet (per month) | 1.00 MO | 124.99 | 0.00 | 25.00 | 149.99 | (0.00) | 149.99 |
| 25. R&R Sheathing - OSB - 5/8" - per independent material source | 96.00 SF | 2.38 | 0.13 | 45.72 | 274.33 | (0.00) | 274.33 |

This is to allow for protection of the driveway from dumpsters, debris, and any other necessary equipment. Cutting two sheets in half should provide enough protection.

| DESCRIPTION | QUANTITY | UNIT PRICE | TAX | O&P | RCV | DEPREC. | ACV |
|---|---|---|---|---|---|---|---|
| 26. Taxes, insurance, permits & fees (Bid Item) | 1.00 EA | 0.00 | 0.00 | 0.00 | 0.00 | (0.00) | 0.00 |
| **PWI** | | | | | | | |
| 27. Fuel surcharge | 1.00 EA | 500.00 | 0.00 | 0.00 | 500.00 | (0.00) | 500.00 |
| 28. Roofer - Shake out/ staging/ manually load* | 6.00 HR | 87.31 | 0.00 | 104.78 | 628.64 | (0.00) | 628.64 |
| **Totals: Roof1** | | | 1,176.75 | 15,921.20 | 96,027.01 | 0.00 | 96,027.01 |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| **Total: Main Level** | | | 1,176.75 | 15,921.20 | 96,027.01 | 0.00 | 96,027.01 |
| **Total: SKETCH1** | | | 1,176.75 | 15,921.20 | 96,027.01 | 0.00 | 96,027.01 |

## SKETCH2

### Main Level

[Sketch: Barn F1, 34' x 49']

**Barn**

1870.05 Surface Area          18.70 Number of Squares
174.33 Total Perimeter Length

| DESCRIPTION | QUANTITY | UNIT PRICE | TAX | O&P | RCV | DEPREC. | ACV |
|---|---|---|---|---|---|---|---|

# Coastal Claims Services, Inc

Coastal Claims Services
2650 N Dixie Freeway
New Smyrna Beach, Fl 32168
386-314-0074
www.coastalclaims.net

## CONTINUED - Barn

| DESCRIPTION | QUANTITY | UNIT PRICE | TAX | O&P | RCV | DEPREC. | ACV |
|---|---|---|---|---|---|---|---|
| **Roofing** | | | | | | | |
| 29. Tear off, haul and dispose of comp. shingles - Laminated | 23.20 SQ | 130.99 | 0.00 | 607.80 | 3,646.77 | (0.00) | 3,646.77 |
| 30. Remove Additional charge for steep roof greater than 12/12 slope | 23.20 SQ | 31.30 | 0.00 | 145.24 | 871.40 | (0.00) | 871.40 |
| 31. Roofing felt - 30 lb. | 23.20 SQ | 52.81 | 25.31 | 250.10 | 1,500.60 | (0.00) | 1,500.60 |
| 32. Re-nailing of roof sheathing - complete re-nail | 2,319.00 SF | 0.24 | 3.13 | 111.94 | 671.63 | (0.00) | 671.63 |
| 33. Asphalt starter - universal starter course | 193.00 LF | 2.54 | 8.08 | 99.66 | 597.96 | (0.00) | 597.96 |
| 34. Caulking - butyl rubber | 193.00 LF | 3.58 | 5.86 | 139.36 | 836.16 | (0.00) | 836.16 |
| 35. Laminated - comp. shingle rfg. - w/out felt | 27.00 SQ | 289.39 | 209.39 | 1,604.58 | 9,627.50 | (0.00) | 9,627.50 |
| 36. Additional charge for steep roof greater than 12/12 slope | 21.51 SQ | 84.71 | 0.00 | 364.42 | 2,186.53 | (0.00) | 2,186.53 |
| 37. R&R Ridge cap - High profile - composition shingles | 49.00 LF | 11.53 | 11.05 | 115.22 | 691.24 | (0.00) | 691.24 |
| **Flashing** | | | | | | | |
| 38. R&R Drip edge | 193.00 LF | 4.83 | 15.76 | 189.60 | 1,137.55 | (0.00) | 1,137.55 |
| 39. Apply roofing sealant/cement - per LF | 193.00 LF | 0.80 | 2.48 | 31.38 | 188.26 | (0.00) | 188.26 |
| 40. R&R Gutter / downspout - aluminum - 6" | 193.00 LF | 11.99 | 97.32 | 482.26 | 2,893.65 | (0.00) | 2,893.65 |
| **Totals: Barn** | | | 378.38 | 4,141.56 | 24,849.25 | 0.00 | 24,849.25 |
| **Total: Main Level** | | | 378.38 | 4,141.56 | 24,849.25 | 0.00 | 24,849.25 |
| **Total: SKETCH2** | | | 378.38 | 4,141.56 | 24,849.25 | 0.00 | 24,849.25 |

## Labor Minimums Applied

| DESCRIPTION | QUANTITY | UNIT PRICE | TAX | O&P | RCV | DEPREC. | ACV |
|---|---|---|---|---|---|---|---|
| 41. Heat, vent, & air cond. labor minimum | 1.00 EA | 148.33 | 0.00 | 29.66 | 177.99 | (0.00) | 177.99 |
| **Totals: Labor Minimums Applied** | | | 0.00 | 29.66 | 177.99 | 0.00 | 177.99 |
| **Line Item Totals: FISHER** | | | 1,555.13 | 20,092.42 | 121,054.25 | 0.00 | 121,054.25 |

 **Coastal Claims Services, Inc**

Coastal Claims Services
2650 N Dixie Freeway
New Smyrna Beach, Fl 32168
386-314-0074
www.coastalclaims.net

## Grand Total Areas:

| | | |
|---|---|---|
| 0.00 SF Walls | 0.00 SF Ceiling | 0.00 SF Walls and Ceiling |
| 0.00 SF Floor | 0.00 SY Flooring | 0.00 LF Floor Perimeter |
| 0.00 SF Long Wall | 0.00 SF Short Wall | 0.00 LF Ceil. Perimeter |
| 0.00 Floor Area | 0.00 Total Area | 0.00 Interior Wall Area |
| 2,749.70 Exterior Wall Area | 0.00 Exterior Perimeter of Walls | |
| 10,160.48 Surface Area | 101.60 Number of Squares | 818.76 Total Perimeter Length |
| 226.61 Total Ridge Length | 64.80 Total Hip Length | |


**Coastal Claims Services, Inc**

Coastal Claims Services
2650 N Dixie Freeway
New Smyrna Beach, Fl 32168
386-314-0074
www.coastalclaims.net

## Summary for Dwelling

| | |
|---|---:|
| Line Item Total | 99,406.70 |
| Material Sales Tax | 1,555.13 |
| Subtotal | 100,961.83 |
| Overhead | 10,046.21 |
| Profit | 10,046.21 |
| **Replacement Cost Value** | **$121,054.25** |
| **Net Claim** | **$121,054.25** |

John Dekker

SKETCH1 - Main Level



Main Level



Barn   F1



**Coastal Claims Services, Inc**

Coastal Claims Services
2650 N Dixie Freeway
New Smyrna Beach, Fl 32168
386-314-0074
www.coastalclaims.net

## Sketch Roof Annotations

### SKETCH1 - Main Level

| Face | Square Feet | Number of Squares | Slope - Rise / 12 |
|---|---|---|---|
| F1 | 1,127.97 | 11.28 | 10.00 |
| F2 | 1,964.27 | 19.64 | 10.00 |
| F3 | 752.06 | 7.52 | 10.00 |
| F5 | 736.03 | 7.36 | 10.00 |
| F6 | 202.12 | 2.02 | 10.00 |
| F9 | 0.00 | 0.00 | 10.00 |
| F10 | 118.46 | 1.18 | 10.00 |
| F11 | 94.54 | 0.95 | 10.00 |
| F13 | 309.31 | 3.09 | 10.00 |
| F14 | 257.90 | 2.58 | 10.00 |
| F15 | 132.77 | 1.33 | 10.00 |
| F17 | 54.67 | 0.55 | 10.00 |
| F20 | 272.69 | 2.73 | 10.00 |
| F21 | 221.29 | 2.21 | 10.00 |
| F22 | 109.34 | 1.09 | 10.00 |
| F26 | 54.67 | 0.55 | 10.00 |
| F27 | 147.46 | 1.47 | 10.00 |
| F28 | 147.46 | 1.47 | 10.00 |
| F29 | 668.64 | 6.69 | 6.00 |
| F30 | 406.58 | 4.07 | 10.00 |
| F31 | 431.22 | 4.31 | 10.00 |
| F32 | 40.33 | 0.40 | 2.67 |
| F33 | 0.87 | 0.01 | 10.00 |
| F34 | 0.87 | 0.01 | 10.00 |
| F35 | 16.49 | 0.16 | 10.00 |
| F36 | 1.44 | 0.01 | 10.00 |
| F37 | 1.44 | 0.01 | 10.00 |
| F38 | 16.60 | 0.17 | 10.00 |
| F39 | 1.46 | 0.01 | 10.00 |
| F40 | 1.46 | 0.01 | 10.00 |
| **Estimated Total:** | **8,290.43** | **82.90** | |

### SKETCH2 - Main Level

| Face | Square Feet | Number of Squares | Slope - Rise / 12 |
|---|---|---|---|
| F1 | 1,870.05 | 18.70 | 43.00 |
| **Estimated Total:** | **1,870.05** | **18.70** | |